John L. Smaha, Esq. Bar No. 95855
Gustavo E. Bravo, Esq. Bar No. 218752
John Paul Teague, Esq. Bar No. 254249
**SMAHA LAW GROUP**
7860 Mission Center Court, Suite 100
San Diego, California 92108
Telephone:   (619) 688-1557
Facsimile:   (619) 688-1558

Attorneys for Debtor, Sargent Ranch, LLC

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>SARGENT RANCH, LLC,<br><br>                                    Debtor. | CASE NO. 10-00046-PB11<br><br>Chapter 11<br><br>DECLARATION OF DISINTEREST OF VERNE FREEMAN |

I, Verne Freeman, hereby declare:

1. I am the President of the entitlement firm known as Freeman Associates based in Palo Alto, California, and specializing in project management and permitting services for the land development and mining industries. My firm also has expertise in issues surrounding conservation properties and in environmental planning and consulting. (See Exhibit "A".)

2. To the best of my knowledge, the firm of Freeman Associates is not now, nor has it ever been, an equity holder of the Debtor. Said firm is not, nor has it ever been, a director, officer or employee of the Debtor or of an underwriter of any securities which may have been issued by the debtor. The firm of Freeman Associates is not a creditor of the Debtor. To the best of my knowledge, the firm of Freeman Associates, and its employees, do not represent any interest materially adverse to the debtor, the estate or any member or

representative therein in the matters in which this firm is to be engaged.

3. In taking on the representation of the Debtor, Sargent Ranch, LLC, for the limited purposes described in the *Motion to Employ Freeman Associates and for Securitization of Contract with Superpriority Priming Lien* (the "Motion"), the firm of Freeman Associates has not received a retainer of any amount from the Debtor. The anticipated costs of the services to be provided will be forwarded by Freeman Associates. The estimated costs of all services to be provided by Freeman Associates totals approximately $2,000,000.00. The Debtor is seeking to have these anticipated debts treated as a Superpriority Lien on a portion of Debtor's real property as further detailed in the Motion.

4. Our Quarry Permitting Contract (the "Contract") with the Debtor is attached to the Motion as Exhibit A. In the Contract, Wayne F. Pierce, the managing member of the Debtor, and myself, expressly indicate that any fees and the Contract itself is subject to the approval of this Court, and we acknowledge that in the Chapter 11 bankruptcy context, once appointed as a professional for the estate, the firm of Freeman Associates could only be paid subject to noticed motion and court approval.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed this 15th day of April 2010, at San Diego, California.

_____
Verne Freeman

W:\Sargent Ranch\115.Decl.Disinterest.Freeman.wpd

# EXHIBIT A

FREEMAN
ASSOCIATES

650 213 1305 (Office)
650.280.1711 (Cell)
verne@vfreeman-associates.com

**Statement of Qualifications**

Verne D. Freeman, President

Expertise:
Mining
Land Development
Conservation Properties

Freeman Associates in an entitlement company with areas of expertise in mining, land development, and conservation properties.

## Mining

Freeman Associates works with mining companies to extend and maximize existing reserves or to find new reserves. We work with land developers to plan and entitle the property on the County, State and Federal levels. We also specialize in the location and qualification of Conservation Easements for clients with ESA mitigation needs.

Past and present clients include Syar Industries, Sobrato Development Companies, Barry Swenson Builder, Granite Construction, Hanson Aggregates, RMC Pacific Associates, West Coast Aggregates, Eucon Corporation and Dumbarton Quarry Associates.

Freeman Associates' services to the mining industry include Geologic Exploration, Entitlement and Permitting Services, Permit Compliance, and Market Studies. Freeman Associates works closely with agencies such as County Governments, the US Army Corp of Engineers, US Fish and Wildlife Service, California Department of Fish and Game, National Marine Fisheries Service and local Regional Water Quality Control Boards.

*Some Current Freeman Associates Mining projects include:*

Russian River Gravel Mining Master Plan Syar Industries: Sonoma County

Lake Herman Quarry Expansion, 2007 – 2037: Solano County

Bella Creek Gravel Mine, 2007 – 2020: Santa Clara County

Don Chapin Company, Mine 33, Merced, CA, California

Napa Quarry Expansion, Napa, CA

Madison Gravel Expansion Master Plan – Cache Creek 2008,

American Canyon Quarry – Supervise Mine Closure and Reclamation,

Stonewall Canyon Quarry – Permit Extension, Monterey County

*Past Mining Projects:*

### The Freeman Quarry

The project began in 1989 with the location of a unique rock deposit on a ranch near San Jose. Freeman Associates performed the geologic investigative work, and negotiated a lease with the landowners. The next steps included fundraising and obtaining a Use Permit with Santa Clara County. Subsequent permits were also obtained from Caltrans, The U.S. Army Corp of Engineers, The U.S. Fish and Wildlife Service, California Department of Fish and Game, Santa Clara Valley Water District and the Regional Water Quality Control Board The project was sold to Granite Construction in 2002.

### Central Valley Sand and Gravel
Freeman Associates designed and managed a start up quarry project south of Los Banos, California.

### Williams Sand
Freeman Associates operated the Williams Sand Quarry from 1994 to 1996. The quarry provided sand products for the concrete and fill sand markets in southern Santa Clara County and San Benito County. Freeman Associates supervised all aspects of the operation, including sales and quality control, production and permit compliance.

### Bowman Canyon Quarry
Freeman Associates supervised the closure of the Bowman Canyon Quarry in Marin County, CA, and placed the permit in Idle Mine Status. Explorations are underway in surrounding areas to develop new rock resources for the North Bay area market.

*Other Past Projects:*

Dumbarton Quarry, Fremont CA – Managed the Quarry and Asphalt Plant from 1990 to 1994.

Santa Barbara County, San Luis Obispo County Study – Granite Construction

Quarry Expansion Permanent Quarry – Hanson Aggregates

New Resource Exploration – Sargent Ranch – RMC Pacific Associates, client

Rock by Rail Pleasanton – Hanson Aggregates

Sand and Gravel Resources – Sierra Railroad Properties

Aggregate Importation Needs and Implementation – Port of Redwood City

Concrete Sand Bay Area Market Study – Granite Construction

Mining Serpentine Rock and Asbestos Regulations – West Coast Aggregates

## Conservation Banking and Easements

Freeman Associates also offers offsite mitigation services for clients with ESA compliance needs. Some of our past projects include:

### 2006 - Pacheco Pass Conservation Easement for California Tiger Salamander: San Benito County.

### 2006 – La Paloma Conservation Preserve – Vernal Pools, Fairy Shrimp, Tadpole Shrimp, Wetlands: 3000 acres in Merced County.
A 3000-acre La Paloma Conservation Preserve in Eastern Merced County. Founded to preserve high value vernal pool habitat, the Preserve is home to endangered species such as the Fairy Shrimp and the Tadpole Shrimp. It also contains approximately 850 acres of high value wetlands and other waters of the U.S.

### 2005 – Conservation Easement for the San Joaquin Kit Fox –, Merced County.
Freeman Associates is currently working with United States Fish and Wildlife Service, California Department of Fish and Game, the Bureau of Reclamation, and the local development community to establish a recovery plan for the San Joaquin Kit Fox for western Merced County. Freeman Associates is participating in the U. C Davis sponsored Strategies for Recovery of the San Joaquin Kit Fox with the US Fish and Wildlife Service and Merced county stakeholders.

### 2001 – Conservation Easement for the Zayante Banded Beetle and Associated Flora: 192 acres in Santa Cruz County.
Freeman Associates worked with Hanson Industries to locate and dedicate a 192-acre Conservation Easement to mitigate for the expansion of a mining project in Santa Cruz County, California. Freeman Associates located the property and managed the qualification process in locating the endangered Zayante Banded Beetle inland sand dun habitat. Freeman Associates sold the property to Hanson Aggregates in 2001 for their mine expansion.

### 1999 – Conservation Easement for the Red Legged Frog: 77 acres in Santa Clara County.
Freeman Associates worked closely with Federal, State and local agencies and conservation groups to establish a 77-acre easement for the Red Legged Frog to mitigate for impacts from a proposed mining project. Project requirements included the location of endangered frog habitat, acquiring of the easement interest from the landowner, and the qualification of the easement area with all approving agencies, including United States Fish and Wildlife Service, California Department of Fish and Game. Project was completed in three years, and was the first easement for Red Legged Frog in Santa Clara County.

### Current Consultations for Clients

Strategies for Recovery of Habitat for the Coho and Chinook Salmon – Russian River, Sonoma County. Development of the 10-year recovery plan.

Mitigation Strategies for Impacts from Mining Projects to the Callippe Silverspot Butterfly, Red Legged Frog – Solano County.

Mitigation of Impacts to California Tiger Salamander by Gavilán College new campus, San Jose, Hollister California.

## Land Development

**Current projects include:**

**Agua Fria Villages – 3000 acres Merced County**

**San Luis RV Park – conversion to residential development**

**Fox Hills – Point Center Financial** – 402 homes, golf course, sewer and water campus, Los Banos.

**Galivan College – Construction of two new campuses in San Jose and Hollister, Ca.** This project includes the permitting and entitlement work for two new campuses for Gavilan College.

**Other Past Projects include:**
Sobrato Construction – Coyote Valley Commercial Development – 55 acres
Barry Swenson Builder – Hecker Pass Residential Development – 186 acres
Perry/Arrillaga – Multiple projects South Bay