1  John L. Smaha, Esq., Bar No. 95855
   Gustavo E. Bravo, Esq., Bar. No. 218752
2  **SMAHA LAW GROUP**
   7860 Mission Center Court, Suite 100
3  San Diego, California 92108
   Telephone:    (619) 688-1557
4  Facsimile:    (619) 688-1558

5  Attorneys for Debtor, Sargent Ranch LLC

6

7

8                 **UNITED STATES BANKRUPTCY COURT**

9                 **SOUTHERN DISTRICT OF CALIFORNIA**

10

11  In re                                    CASE NO.   10-00046-PB11

12  SARGENT RANCH LLC,                       Chapter 11

13                                           **OBJECTION TO THE**
                                             **DECLARATION OF REAR**
14              Debtor.                      **ADMIRAL BURTON O. BENSON**
                                             **USN (RET.) IN SUPPORT OF**
15                                           **OPPOSITION TO DEBTOR'S**
                                             **MOTION TO EMPLOY**
16                                           **FREEMAN ASSOCIATES AND**
                                             **TO SECURITIZE CONTRACT**
17                                           **WITH PRIMING LIEN**

18                                           Date:    May 17, 2010
                                             Time:    11:00 a.m.
19                                           Dept.:   4
                                             Judge:   Hon. Peter L. Bowie
20

21

22

23

24
        The Debtor, SARGENT RANCH, LLC ("Debtor") by and through its counsel of
25
    record, SMAHA LAW GROUP, hereby objects to the Declaration of Rear Admiral Burton
26
    O. Benson USN (Ret.) in Support of Opposition to Debtor's Motion to Employ Freeman
27
    Associates and to Securitize Contract with Priming Lien.
28
    ///

---

1    OBJECTION TO DECLARATION:

2    GENERAL OBJECTION: Debtor objects generally to RADM Benson's entire

3    declaration as improper opinion testimony. (Federal Rule of Evidence 701, 702, 704.)

4    Paragraph 4: "The ERG Trust is authorized to act on behalf of approximately

5    $20,055,000 worth of the Deeds of Trust (defined below) totaling $40,000,000. It is widely

6    believed that the remaining interest holders of both Deeds of Trust, as well as the

7    beneficiaries of the third Deed of Trust (the 'Third Deed of Trust'), support ERG's efforts

8    in this proceeding. (See Declaration of David W. Ginn in Support of ERG's Motion for an

9    Order Designating Debtor as a Single Asset Real Estate Entity, Docket No. 24, ¶ 2.)."

10    Objection: Debtor objects to this paragraph on the bases of hearsay (Federal Rules of

11    Evidence Rule 802); and that it assumes facts not in evidence (Federal Rules of Evidence

12    Rule 402).

13    Ruling on the Objection:        Sustained:_____

14                                             Overruled:_____

15

16    Paragraph 9: "As of April 30, 2010 to May 5, 2010, the total amounts due and owing

17    under the First, Second and Third Deeds of Trust are approximately $69,719,418,

18    $72,805,613.56, and $14,586,224.21, respectively, making the total amount die the secured

19    creditors under the Loan approximately $157,111,255.77. True and correct copies of the

20    approximate calculations of amounts due under each Deed of Trust are collectively attached

21    hereto as Exhibit C."

22    Objection. Debtor objects to this paragraph on the bases that it assumes facts not in

23    evidence (Federal Rules of Evidence Rule 402); and that it is improper opinion testimony

24    (Federal Rules of Evidence Rules 701, 702, and 704).

25    Ruling on the Objection:        Sustained:_____

26                                             Overruled:_____

27    ///

28    ///

OBJECTION TO THE DECLARATION OF REAR ADMIRAL BURTON O. BENSON (RET.)

2

1      Paragraph 10: "The Debtor has owned the Property for eleven years, and the Property

2  remains completely undeveloped."

3      Objection. Debtor objects to this paragraph on the basis that it is improper opinion

4  testimony (Federal Rules of Evidence Rules 701, 702, and 704).

5          Ruling on the Objection:        Sustained:_____

6                                              Overruled:_____

7

8      Paragraph 11: "The facilities and assets Debtor refers to on page six of the Motion

9  to Employ, including the areas designated for extraction of liquid asphalt and the areas that

10 would provide for installation of portable solar facilities, have not been developed or

11 marketed by the Debtor in any way. It is unlikely that there is any market for either of these

12 alleged assets."

13     Objection. Debtor objects to this paragraph on the basis that it is improper opinion

14 testimony (Federal Rules of Evidence Rules 701, 702, and 704).

15         Ruling on the Objection:        Sustained:_____

16                                             Overruled:_____

17

18     Paragraph 12: "Debtor's valuation of the Property, aside from being based on

19 speculative and unrealistic business opportunities, is grossly exaggerated when compared to

20 comparable property sales in the region. Sales of similar ranch properties support value

21 ranges from $1,375 to $10,538 per acre, nowhere near the absurd $109,375.00 per acre value

22 ($700,000,000 divided by 6400 acres) assigned by the Debtor."

23     Objection. Debtor objects to this paragraph on the basis that it is improper opinion

24 testimony (Federal Rules of Evidence Rules 701, 702, and 704).

25         Ruling on the Objection:        Sustained:_____

26                                             Overruled:_____

27 ///

28 ///

OBJECTION TO THE DECLARATION OF REAR ADMIRAL BURTON O. BENSON (RET.)

1     Paragraph 13: "The following are Comparable Land Sales that have occurred in the

2    past 3 or 4 years near the subject property. A true and correct copy of the Comparable Land

3    Sales Report is attached hereto as Exhibit D. Below is a summary of these sales and listings

4    broken down per acre value.

5        "A.    Pacheco Pass HW, Gilroy, CA -667 acres with a lake listed for sale at a price

6                of $1,300,000 since 10/16/2009; this is equal to $1,949 per acre.

7        "B.    Los Viborras Hollister CA 618 Acre in Santa Clara County Lited for sale at

8                $3,090,000 or $5,000 per acre. This land is part of a larger ranch that includes

9                1527 Acres including 196 acres of Organic farmland. The entire ranch is listed

10               for sale at $11,292,500 or $7,812 per acre. The property has streams and

11               ponds.

12        "C.    51380 Canada Road, Gilroy, CA sold in January 2007 for $3,301,000. This

13               property consists of 339 acres of gently rolling hills and sold for that price

14               after being listed for $5,000,000. Value per acre is $10,032.

15        "D.    Crews Rd, Gilroy, CA - 317 acres sold for $2,222,178 on May 13, 2008. The

16               property consisted of nine separate parcels and gently sloped rolling hills.

17               Value per acre $7,010

18        "E.    Crews Rd, Gilroy, CA - 160 acres gently rolling hills sold on July 7, 2005 for

19               $1,686,194. Value per acre is $10,538.

20        "F.    Crews Rd, Gilroy, CA - 232 acres of rolling hills sold in January 2007 for

21               $2,340,000. Value per acre is $10,538.

22        "G.    10388 Panoche Rd, Paicines, CA - 700 acres of gently sloped hillsides sold in

23               March 2008 for $3,000,000. Value per acre is $2,913

24        "H.    Browns Valley Rd, Paicines, CA - 400 acres of rock outcrops and rolling hills

25               sold in March 2010 after being on the market for nearly 2 years for $550,000.

26               Value per acres is $1375."

27     Objection. Debtor objects to this paragraph on the basis of hearsay (Federal Rules of

28    Evidence Rule 802); and on the basis of improper opinion testimony (Federal Rules of

---

OBJECTION TO THE DECLARATION OF REAR ADMIRAL BURTON O. BENSON (RET.)

4

1    Evidence Rule 701, 702, 704).

2        <u>Ruling on the Objection:</u>      Sustained:_____

3                                               Overruled:_____

4

5        <u>Paragraph 14</u>: "Debtor's attempt to calculate the per acre value of the secured

6    creditor's claim on page ten of the Motion to Employ is misleading. Debtor attempts to

7    divide the creditors' claim equally among the 6400 acres of ranch land on the Property, but

8    approximately 85% of the land is almost completely unusable. The other 15% is the portion

9    of the land with significant value, and the sand and gravel quarry at issue in the Motion to

10   Employ is part of that 15%."

11       <u>Objection</u>. Debtor objects to this paragraph on the basis that it is improper opinion

12   testimony (Federal Rules of Evidence Rules 701, 702, and 704).

13        <u>Ruling on the Objection:</u>      Sustained:_____

14                                               Overruled:_____

15

16        <u>Paragraph 15</u>: "Additionally, Debtor's attempt to monetize the habitat and riparian

17   mitigation credits is highly suspect. The value for those credits is unsupported and given the

18   lack of ongoing real estate development in that area, it could take years to sell off the

19   available credits. Wayne Pierce fails to address these issues in his declaration."

20       <u>Objection</u>. Debtor objects to this paragraph on the basis that it is improper opinion

21   testimony (Federal Rules of Evidence Rules 701, 702, and 704).

22        <u>Ruling on the Objection:</u>      Sustained:_____

23                                               Overruled:_____

24

25   Dated: May 12, 2010                ___/S/ Gustavo E. Bravo_____

26                                       Gustavo E. Bravo
                                        SMAHA LAW GROUP, APC

27                                         *Attorneys for*
                                        Sargent Ranch, LLC

28   <small>W:\Sargent Ranch\Motion.Freeman\109.Objection.Dec.Benson.Reply.MtnEmploy.wpd</small>      Debtor and Debtor-In-Possession

---

OBJECTION TO THE DECLARATION OF REAR ADMIRAL BURTON O. BENSON (RET.)

1    John L. Smaha, Esq.  Bar No. 95855
     Gustavo E. Bravo, Esq. Bar No. 218752
2    **SMAHA LAW GROUP APC**
     7860 Mission Center Ct., Ste. 100
3    San Diego, California 92108
     (619) 688-1557  Telephone
4    (619) 688-1558  Facsimile

5    Attorneys for Debtor, Sargent Ranch, LLC

6                   **UNITED STATES BANKRUPTCY COURT**
                   **SOUTHERN DISTRICT OF CALIFORNIA**
7

8         **PROOF OF SERVICE**           CASE NO.  10-00046-PB11

9                              *In re Sargent Ranch, LLC*

10

11        I am employed in the City of San Diego, California.  I am over the age of 18 and not a party to the
    within action.  My business address is 7860 Mission Center Court, Suite 100, San Diego, California 92108.
12

13        On May 12, 2010, I caused to be served the following document(s) described as:

       1.      **OBJECTION TO DECLARATION OF REAR ADMIRAL BURTON O. BENSON USN**
14             **(RET.) IN SUPPORT OF OPPOSITION TO DEBTOR'S MOTION TO EMPLOY**
            **FREEMAN ASSOCIATES AND TO SECURITIZE CONTRACT WITH PRIMING**
15             **LIEN**

16    in this action by placing the true copies thereof enclosed in a sealed envelope addressed as follows:

17    U.S. TRUSTEE
     U.S. Department of Justice
18    402 West Broadway, Ste. 600
     San Diego, CA 92101
19

20    Cecily A. Dumas                        Robert N. Phillips, Esq.
     Friedman Dumas & Springwater         Jayne Laiprasert, Esq.
21    150 Spear Street, Ste. 1600            Howrey LLP
     San Francisco, CA 94105              525 Market Street, Ste. 3600
22    (415) 834-3800                       San Francisco, CA 94105-2708
     (415) 834-1044 (Fax)               (415) 848-4950
23    *Attorneys for Frederic Sylvester, Sherie*    (415) 848-4999 (Fax)
     *Sylvester, and Jocelyn Sylvester*          *Attorneys for Frederic Sylvester, Sherie*
24                                       *Sylvester, and Jocelyn Sylvester*

25

26

27

28

                                         1

1

[X]    **(BY MAIL)** I served the individual named by placing the documents in a sealed envelope.  I then
2          placed it for collection and mailing with the United States Postal Service this same day, at my address
          shown above, following ordinary business practice.
3

          I declare under penalty of perjury under the laws of the State of California that the foregoing is true
4    and correct.  Executed on **May 12, 2010**, San Diego, California.

5

                                                              /s/ Amelda M. Johnson
6                                                              Amelda M. Johnson

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2