John L. Smaha, Esq.        Bar No. 95855
Gustavo E. Bravo, Esq.     Bar No. 218752
**SMAHA LAW GROUP, APC**
7860 Mission Center Court, Suite 100
San Diego, California 92108
Telephone:    (619) 688-1557
Facsimile:    (619) 688-1558

Attorneys for Debtor, Sargent Ranch, LLC

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>SARGENT RANCH, LLC | CASE NO. 10-00046-PB11<br><br>Chapter 11<br><br>APPLICATION FOR EMPLOYMENT OF CASSIDY TURLEY BT COMMERCIAL |

The application of Sargent Ranch, LLC, Debtor and Debtor-in-Possession herein ("Debtor"), respectfully represents:

1.  On January 4, 2010, the Debtor commenced the above-captioned Chapter 11 case by filing a voluntary petition for relief under Chapter 11 of title 11 of the United States Code with the United States Bankruptcy Court for the Southern District of California.

2.  The Debtor wishes to employ the real estate firm of CASSIDY TURLEY BT COMMERCIAL to list the Debtor's various parcels of real properties located in the County of Santa Clara, State of California and further described as Assessor Parcel Numbers: 841-36-010, 810-38-002, 810-38-009, 810-38-014, 810-38-015, 810-38-016, 810-38-017, 810-37-006, 810-37-007, 810-37-008, along with any and all lot line adjustments thereof (hereinafter the "Subject Properties") and act as the seller's broker in the potential sale of the Subject Properties. Debtor has chosen CASSIDY TURLEY BT COMMERCIAL for its experience

1  in the commercial real estate property industry. CASSIDY TURLEY BT COMMERCIAL
2  is a national team of dedicated commercial real estate professionals, delivering superior
3  results for its clients for more than 100 years. CASSIDY TURLEY BT COMMERCIAL's
4  team of professionals is dedicated to consistently delivering solutions that produce superior
5  results and champion the client's business goals. CASSIDY TURLEY BT COMMERCIAL
6  leverages its world-class expertise, its local market knowledge and its deep industry
7  connections to deliver integrated, tailored solutions around the globe. CASSIDY TURLEY
8  BT COMMERCIAL is a privately held firm created from the August 2008 merger of Colliers
9  Turley Martin Tucker in the Central U.S., Cassidy & Pinkard Colliers in Washington, DC,
10 Colliers ABR in New York City and Colliers Pinkard in Baltimore, Charlotte and Raleigh,
11 along with the addition of BT Commercial in Northern California (formerly affiliated with
12 NAI), BRE Commercial in Southern California and Phoenix (both formerly affiliated with
13 Grubb & Ellis) and Colliers Houston & Co. of New Jersey. CASSIDY TURLEY BT
14 COMMERCIAL champions all of its clients' business goals and requirements, offering end-
15 to-end services delivered across a full spectrum of commercial real estate. CASSIDY
16 TURLEY BT COMMERCIAL has a well established and developed reputation within the
17 commercial real estate business and is best placed to move the sale of any portion of the
18 Debtor's Real Properties forward. The representation agreement that Debtor intends to enter
19 into with CASSIDY TURLEY BT COMMERCIAL is attached herein as Exhibit A.
20     3.    CASSIDY TURLEY BT COMMERCIAL shall provide Debtor and the
21 bankruptcy estate significantly valuable services by marketing and advertising the Subject
22 Properties to other real estate personnel and potential buyers. The 10% commission that is
23 to be paid to CASSIDY TURLEY BT COMMERCIAL in the event of successful sales at or
24 below $10,000,000 and 6% of the sales price for all individual sales above $10,00,001.00
25 is fair and equitable compensation for the services to be provided by CASSIDY TURLEY
26 BT COMMERCIAL.
27 ///
28 ///

APPLICATION FOR EMPLOYMENT OF CASSIDY TURLEY BT COMMERCIAL.
2

1   4.   To the best of the Debtor's knowledge, CASSIDY TURLEY BT
2  COMMERCIAL and its professionals have no connection with the creditors or any other
3  parties in interest or their respective attorneys and represent no interest materially adverse
4  to the Debtor as Debtor-in-Possession or to the estate in the matters upon which they are to
5  be engaged as real estate agents and/or brokers. CASSIDY TURLEY BT COMMERCIAL
6  is not a creditor of the bankruptcy estate. CASSIDY TURLEY BT COMMERCIAL
7  understands that it will not be compensated for post-petition services except by application
8  to this Court and an order allowing such compensation. A copy of Debtor's
9  proposal/agreement with CASSIDY TURLEY BT COMMERCIAL for their representation
10 of Debtor is attached hereto as Exhibit A and made a part hereof. \

11   WHEREFORE, Debtor prays to be authorized pursuant to 11 U.S.C. §327(a), to
12 employ and appoint CASSIDY TURLEY BT COMMERCIAL to represent the Debtor as
13 Debtor-in-Possession in marketing and selling the Subject Properties for the 10%
14 commission for sales at or under $10,000,000 and for 6% commissions for the part of a sales
15 price that is above $10,000,001.00 reflected on Exhibit A, subject to review and approval by
16 the Bankruptcy Court.

18 Dated:

_____
Wayne F. Pierce,
Managing Member for Debtor,
Sargent Ranch, LLC

W:\Sargent Ranch\Motion.Cassidy.Turley\100.App.Employ.Cassidy.wpd

APPLICATION FOR EMPLOYMENT OF CASSIDY TURLEY BT COMMERCIAL.
3

Cassidy/BT
Turley/Commercial

# EXCLUSIVE AUTHORIZATION TO SELL

1. **Basic Provisions:** Subject to the approval by the Chapter 11 Bankruptcy Court for the Southern District of California (Case number 10-00046-PB11) (the "Court") the undersigned Sargent Ranch, LLC, Debtor in Possession, ("Owner") hereby grants to CASSIDY TURLEY BT COMMERCIAL ("Broker") the exclusive right for a Term of one year commencing on June 10, 2010, or upon Bankruptcy Court approval, whichever occurs first, and ending at midnight on June 09, 2011 or one year after Court approval, to sell the Properties described herein. The Properties are located in the County of Santa Clara, State of California, and further described as __Assessor Parcel Numbers: 841-36-010, 810-38-002, 810-38-009, 810-38-014, 810-38-015, 810-38-016, 810-38-017, 810-37-006, 810-37-007, 810-37-008, along with any and all lot line adjustments thereof__ (the " Property"). In the event of a sale (the Listing price on a per parcel basis, or any part thereof, is outlined in attached Exhibit "A," and incorporated and made a part hereof), is to be paid all cash to Owner or such other price and terms as Owner may agree to, subject to Court Approval.

2. **Commissions: Subject to Court Approval:** In consideration of this EXCLUSIVE AUTHORIZATION TO SELL ("Authorization") and Broker's agreement to pursue the procurement of a purchaser or tenant for the Property, Owner agrees to pay Broker a commission in accordance with the provisions of the SCHEDULE OF COMMISSIONS ("Schedule") attached hereto and fully incorporated by this reference.

    A. Subject to Court Approvals: Owner shall pay the commission to Broker if, during the Term hereof: (a) the Property is sold to a purchaser whether through Broker, or by Owner, or through anyone else; or (b) a contract for sale of the Property, whether through Broker, Owner, or anyone else, or (c) a satisfactory purchaser is procured or introduced by Broker, Owner, or anyone else, who is ready, willing and able to purchase the Property on the terms above stated or other terms acceptable to Owner and as approved by the subject Court; (d) any contract for the purchase of the Property is made directly or indirectly by the Owner; or (e) Owner by its voluntary act removes the Property from the market, persistently fails to respond to offers or otherwise acts as if the Property is not available, renders the Property unmarketable, or materially changes the status of the Property's title, leases, agreements, condition or other aspects thereof, which such change adversely impacts the value, use, desirability or marketability of the Property. This clause shall not apply in the event a property is lost to foreclosure by an existing lien holder.

    B. Owner further agrees that Owner shall pay Broker a commission in accordance with the Schedule if, within one hundred eighty (180) calendar days after the expiration or termination of this Authorization or any extension thereof, the Property is sold or leased to, or Owner enters into a contract to sell the Property with, or negotiations continue, resume or commence and thereafter continue leading to a sale of the Property to any person or entity (including his/her/its successors, assigns or affiliates) with whom Broker has negotiated (either directly or through another broker or agent) or to whom the Property has been submitted prior to the expiration or termination of this Authorization. Broker is authorized to continue negotiations with such persons or entities. Broker shall submit a list of such persons or entities ("Registration List") to Owner no later than thirty (30) calendar days following the expiration or termination of this Authorization, provided, however, that if a written offer has been submitted then it shall not be necessary to include the offeror's name on the Registration List. If, within one hundred eighty (180) days after the expiration of the Term hereof, Owner enters into another owner-agency or listing agreement with a broker other than Broker for any transaction concerning the Property, then Owner shall provide to Owner's new broker the names of all parties on the Registration List, and Owner shall provide in any such new agreement that the new broker shall not be entitled to receive any of the compensation payable to Broker hereunder for consummation of a transaction with such parties; provided, that Owner's failure to do so shall not affect Broker's rights hereunder.

3. **Owner's Duties; Broker's Rights.** Owner shall cooperate fully with Broker in effecting a sale of the Property and shall immediately refer to Broker all inquiries of any party interested in the Property. All negotiations shall be conducted through Broker. Broker is authorized to accept a deposit from any prospective purchaser, and to advertise the Property, and has the exclusive right to place a sign(s) on the Property if, in Broker's opinion, such would facilitate the sale of said Property. Owner shall, within five (5) business days after the execution hereof, provide Broker with full and complete information regarding the Property, including its physical condition, leases and other agreements, and any other matter affecting its value or utility. Owner acknowledges that Owner and Broker have an obligation to disclose to a prospective purchaser whether the Property is located within certain Natural Hazard Zones, and Owner hereby authorizes Broker to secure, for the benefit of Owner and Broker, a Natural Hazards Report concerning the Property, the costs of which shall be deducted from Owner's proceeds in the event of a sale.

4. **Excluded Transactions.** If there are persons or entities registered with Owner by another broker under any previous authorization or listing agreement, Owner shall, within five (5) business days after the execution hereof, provide Broker a written list of the names of such parties and the type of transaction upon which such other broker may be entitled to compensation ("Excluded Transactions"). Broker's compensation on an Excluded Transaction shall be -$0- dollars. In addition, the pending sales and mitigation lands as listed on Exhibit "A" are excluded from this agreement.

5. **Non-Discrimination.** It is understood that it is illegal for either Owner or Broker to refuse to show, sell or lease real property to any person because of race, color, religion, national origin, sex, marital status or physical disability.

6. **Authority.** Owner warrants that it is the owner of record of the Property and subject to aforementioned Bankruptcy Court Approval of this agreement and Bankruptcy Court Approval of Broker, has full legal authority to execute this Authorization.

7. **Owner's Acknowledgments.** Owner acknowledges that it has been advised by Broker to consult with and retain experts to advise and represent it concerning the legal and tax effects of this Authorization and any transaction involving the Property, as well as the condition and/or legality of the Property, including, but not limited to, its environmental aspects.

Broker shall have no obligation to investigate such matters unless expressly agreed to in a writing signed by Owner and Broker. Owner agrees that Broker is not providing, and under no circumstances shall provide, legal, financial, tax or accounting advice; Owner shall seek any such advice from other professionals and shall under no circumstances obtain or rely on such advice from Broker. Owner agrees that Broker is under no obligation to investigate any prospective purchaser or tenant or others, or to evaluate their financial condition or ability to close escrow or pay rent. Owner further acknowledges that in determining the financial soundness of any prospective purchaser or tenant, Owner will rely solely upon Owner's own investigation, notwithstanding Broker may have assisted in gathering such information.

8. Miscellaneous.

A. This Authorization and the attached Schedule constitute the entire agreement between the parties. Any prior agreement or understanding is void and of no further force and effect. No amendments or alterations in the terms hereof or withdrawal of this Authorization shall be valid or binding unless made in writing and signed by both Owner and Broker. There are no statements, representations, inducements, warranties or promises made or relied upon by either party, except as expressly stated herein. In the event any provision or portion of a provision of this Authorization is found to be unenforceable, then the remaining provisions shall be given full force and effect.

B. In any action for a commission arising out of this Authorization and/or the attached Schedule, the prevailing party, whether in court, on appeal, or by use of alternative dispute resolution methods, shall be entitled to recover from the other its reasonable attorney's fees, court costs, expert witness fees and other costs of suit.

C. Owner shall file any claim against Broker within one hundred and eighty (180) days of the earlier of: (i) any alleged breach by Broker, (ii) any damage to Owner, (iii) Owner's knowledge of such claim or a potential claim, or (iv) such time as Owner should have been aware of such claim. Subject to the foregoing, in no event will any action be brought by Owner more than one year after expiration of this Authorization. In no event shall Broker be responsible for any consequential damages.

D. To the extent permitted by applicable law, Broker is authorized to deduct its commissions from any deposits, payments or other funds, including proceeds of sale or rental payments, paid by a purchaser or tenant in connection with a transaction contemplated by this Authorization. In the event of a sale, Owner hereby irrevocably assigns proceeds of escrow to Broker to the extent necessary to pay the commissions due hereunder. Broker is authorized to provide a copy of this Agreement to any escrow or closing agent working on such transaction, and such escrow or closing agent is hereby instructed by Owner to pay Broker's commissions from any such funds or proceeds available. Owner shall remain liable for the entire amount of said commissions regardless of whether Broker exercises its rights under this paragraph.

Dated: April 30, 2010                                                  Dated: 5-3-2010

OWNER:   Sargent Ranch, LLC, Debtor in Possession         BROKER: **Cassidy Turley BT Commercial**

By: _____                      By: _____
    Wayne F. Pierce, Managing Member

E-mail:    wfpierce@aol.com                                License #:  00873147

Address:   8031 La Jolla Scenic Dr. N                      Address:    1350 Bayshore Hwy
           La Jolla, Ca 92037                                          Suite 900

Telephone: 858-357-5856                                    Telephone:  650-347-3200

## Exhibit "A"

| Parcel Number Santa Clara County | Parcel Acreage | Cassidy Turley Assets Listing Prices | Listing Prices Per Asset |
|---|---|---|---|
| 841-36-010 | 120 | Solar Energy Utility Facility (80 acres)(20 MgWts) | Pending Sale |
|  |  | Riparian Credits (20 acres) | $2,000,000 |
|  |  | Red Legged Frog Credits (20 acres) | $1,000,000 |
| 810-38-002+ 810-38-017 | 360 | 270 acres zoned AR light commercial | $13,500,000 |
|  |  | Riparian Credits (30 acres) | $3,000,000 |
|  |  | Red Legged Frog Credits (30 acres) | $1,500,000 |
|  |  | Tiger Salamander Credits (30 acres) | $1,050,000 |
| 810-38-009 | 160 | Red Legged Frog Credits (58 acres) | $2,900,000 |
|  |  | Tiger Salamander Credits (58 acres) | $2,030,000 |
| 810-38-014 | 1,396 | Sand Extraction Facility (250 acres) | Pending Sale |
|  |  | 750 acres with 140,000,000 tons sand content | $280,000,000 |
|  |  | Riparian Credits (154 acres) | $15,400,000 |
|  |  | Industrial Property (132 acres) | $3,300,000 |
|  |  | Tiger Salamander Credits (110 acres) | $3,850,000 |
| 810-38-015 | 108 | Riparian Credits (156 acres) | $15,600,000 |
|  |  | Red Legged Frog Credits (76 acres) | $3,800,000 |
| 810-38-016 | 1,360 | 400 Acres for quarry and solar mitigation | $0 |
|  |  | 252 Acres zoned AR light industrial | $6,300,000 |
|  |  | 368 Acres zoned AR light commercial | $9,200,000 |
|  |  | Riparian Credits (128 acres) | $12,800,000 |
|  |  | Red Legged Frog Credits (128 acres) | $6,400,000 |
|  |  | Tiger Salamander Credits (84 acres) | $2,940,000 |
| 810-37-006 | 1,112 | Military Children PTSD Camp (200 acres) | Pending Sale |
|  |  | Riparian Credits (124 acres) | $12,400,000 |
|  |  | Red Legged Frog Credits (124 acres) | $6,200,000 |
|  |  | Tiger Salamander Credits (124 acres) | $4,340,000 |
|  |  | 540 Acres for quarry mitigation | $0 |
| 810-37-007 | 320 | Riparian Credits (64 acres) | $6,400,000 |
|  |  | Red Legged Frog Credits (64 acres) | $3,200,000 |
|  |  | Tiger Salamander Credits (64 acres) | $2,240,000 |
|  |  | 100 Acres AR zoning | $2,500,000 |
|  |  | Liquid Asphalt Production (25 acres) | $5,000,000 |
| 810-37-008 | 320 | Liquid Asphalt Production (25 acres) | $5,000,000 |
|  |  | 260 Acres AR zoning | $6,500,000 |
|  |  | Tiger Salamander Credits (30 acres) | $1,050,000 |
|  | 5256 |  | $441,400,000 |



Cassidy Turley / BT Commercial

# SCHEDULE OF COMMISSIONS

1. **Commission Schedule: Sargent Ranch, LLC Debtor in Possession and subject to Bankruptcy Court Approval**

    A. **Sales & Exchanges**

    (1) Sargent Ranch, LLC Exhibit "A" properties: 10% of the gross sales price up to $10,000,000.00. and then 6% of the sales price for all individual sales above $10,000,001.00.

2. **Payment of Commissions**

    A. **Sales:**

    Commissions shall be paid through escrow upon the closing thereof; absent an escrow, commissions shall be paid upon recordation of a deed; in the event of an installment sale contract, a commission shall be paid upon execution of the contract. Owner hereby irrevocably assigns to Broker from proceeds of sale an amount sufficient for the payment of the commission due hereunder. In the event of a sales contract procured through a third party broker or through another agent within the Company, the above commissions shall be divided 50% Cassidy Turley and 50% to the procuring Broker/Agent.

3. **Additional Provisions**

    A. The term "Owner" when used herein and in the attached Authorization or commission agreement shall be deemed to mean and include, where applicable, the owner of the Property.
    B. This Schedule is binding on and shall inure to the benefit of the respective heirs, successors and assigns of the parties.
    C. In any action for commission hereunder, the prevailing party shall be entitled to recovery of its reasonable attorneys fees, costs, expert witness fees and/or other expenses relating thereto.
    D. The venue for any enforcement of this agreement shall be the Chapter 11 Bankruptcy Court for the Southern District of California.
    E. Headings in this agreement are for reference only and in no way limit or otherwise affect the terms hereof.
    F. There are no commission rebates or discounts that have been promised or given. Broker has made no guarantees of results.

Subject to approval by the Chapter 11 Bankruptcy Court for the Southern District of California (Case Number 10-00046-PB11) the undersigned hereby acknowledges receipt of this Schedule and agree to pay the commission(s) provided for herein.

Dated: April 30, 2010

OWNER: Sargent Ranch, LLC, Debtor in Possession

By: _____
Wayne F. Pierce, Managing Member

E-mail: wfpierce@aol.com

Address: 8031 La Jolla Scenic Dr N

La Jolla, Ca 92037

Telephone: 858-357-5856

Dated: 5-3-2010

BROKER: Cassidy Turley BT Commercial

By: _____

License # 03893147

Address: 1350 Bayshore Hwy
Suite 900

Telephone: 650-347-3700