# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF CALIFORNIA

# Minute Order

## *Hearing Information:*

|  |  |
|---|---|
| **Debtor:** | SARGENT RANCH, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY |
| **Case Number:** | 10-00046-PB11     **Chapter:** 11 |
| **Date / Time / Room:** | MONDAY, JULY 19, 2010 11:00 AM   DEPARTMENT 4 |
| **Bankruptcy Judge:** | PETER W. BOWIE |
| **Courtroom Clerk:** | MARILYN WILKINSON |
| **Reporter / ECR:** | LYNETTE ALVES |

## *Matters:*

1) STATUS CONFERENCE  RE:  DEBTOR'S MOTION TO EMPLOY FREEMAN ASSOCIATES & TO SECURITIZE CONTRACT WITH SUPERPRIORITY PRIMING LIEN (fr. 5/17/10)

2) DEBTOR'S MOTION TO SELL REAL PROPERTY FREE AND CLEAR OF LIENS, FOR LEAVE TO WITHHOLD AN ADMINISTRATIVE CARVE OUT OF 5%, TO PAY THE COSTS OF SALE AND TO MAKE DISTRIBUTIONS TO SECURED CREDITORS

3) DEBTOR'S MOTION TO ESTABLISH MINIMUM RELEASE PRICES AND FOR ADMINISTRATIVE CARVE-OUT

4) STATUS CONFERENCE ON CHAPTER 11 PETITION (fr. 6/28/10)

## *Appearances:*

JOHN L. SMAHA, ATTORNEY FOR SARGENT RANCH, LLC, A CALIFORNIA LIMITED
MARTIN W. TAYLOR, ATTORNEY FOR ENERGY RESEARCH & GENERATION & ERG
DEBTOR PRESENT

## *Disposition:*

1-4)     Continued to 9/7/10 at 3:30 p.m.