**CSD 1001C** [11/15/04]
Name, Address, Telephone No. & I.D. No.

Dan E. Chambers (SBN 156853); Meghan C. Sherrill (SBN 259487)
TROUTMAN SANDERS LLP
5 Park Plaza, Suite 1400
Irvine, California 92614
Telephone: (949) 622-2700
Attorneys for Creditor ERG and ERG, INC. Retirement Trust

Order Entered on
August 23, 2010
by Clerk U.S. Bankruptcy Court
Southern District of California

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re

Sargent Ranch, LLC

Debtor.

**LODGED**

BANKRUPTCY NO. 10-bk-00046

Date of Hearing: March 22, 2010
Time of Hearing: 10:30 a.m.
Name of Judge: Hon. Peter W. Bowie

## ORDER ON

### Motion for Order Determining Debtor to be Single Asset Real Estate Entity

IT IS ORDERED THAT the relief sought as set forth on the continuation pages attached and numbered two (2) through __2__ with exhibits, if any, for a total of __2__ pages, is granted. Notice of Lodgment Docket Entry No. __120__

//
//
//
//
//
//

DATED:

August 22, 2010

Signature by the attorney constitutes a certification under Fed. R. of Bankr. P. 9011 that the relief in the order is the relief granted by the court.

Submitted by:

Troutman Sanders LLP
(Firm name)

By: /s/ Meghan Canty Sherrill
Attorney for ☑ Movant ☐ Respondent

_____
Judge, United States Bankruptcy Court

CSD 1001C

**CSD 1001C** [11/15/04] **(Page 2)**
ORDER  ON Motion for Order Determining Debtor to be Single Asset Real Estate Entity
DEBTOR: Sargent Ranch, LLC                                                                                           CASE NO: 10-bk-00046

---

Based on the record before the Court, and upon consideration of the papers filed in support of and in opposition to the Motion for an Order Determining Debtor to be Single Asset Real Estate Entity ("Motion") and the argument of counsel, and good cause appearing therefore, IT IS HEREBY ORDERED as follows:

1. The Motion is GRANTED.

2. Debtor Sargent Ranch, LLC is hereby determine to constitute a single asset real estate entity, as defined in section 101(51B) of the Bankruptcy Code, and is subject to the provisions of 11 U.S.C. section 363(d)(3).

3. The thirty day period of 11 U.S.C. § 362(d)(3) shall begin to run upon entry of this Order.

**CSD 1001C**

*Signed by Judge Peter W. Bowie August 22, 2010*