John L. Smaha, Esq.          Bar No. 95855
Gustavo E. Bravo, Esq. Bar No. 218752
John Paul Teague, Esq. Bar No. 254249
**SMAHA LAW GROUP**
7860 Mission Center Court, Suite 100
San Diego, California 92108
Telephone:   (619) 688-1557
Facsimile:   (619) 688-1558

Attorneys for Debtor, Sargent Ranch, LLC

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>SARGENT RANCH LLC,<br><br>            Debtor. | CASE NO. 10-00046-PB11<br><br>Chapter 11<br><br>DEBTOR'S NOTICE OF WITHDRAWAL OF VARIOUS MOTIONS<br><br>Date: N/A<br>Time: N/A<br>Dept: 4<br>Judge: Hon. Peter W. Bowie |

TO THE UNITED STATES BANKRUPTCY COURT, THE HONORABLE PETER W. BOWIE, OPPOSING CREDITORS AND OTHER INTEREST PARTIES:

Debtor and Debtor-in-Possession, Sargent Ranch, LLC (the "Debtor"), hereby withdraws the following motions and respectfully requests that the court vacate all future hearings. Debtor's withdrawal of these motions is without prejudice to the Debtor re-filing any one, or all, of the withdrawn motions and is without prejudice to creditors re-filing any and all oppositions that may be brought against any re-filed motion.

The motions being withdrawn are best described as:

- Debtor's APPLICATION FOR EMPLOYMENT OF CASSIDY TURLEY BT COMMERCIAL, currently set for hearing on September 7, 2010 at 3:30 p.m.;

///

---

DEBTOR'S NOTICE OF WITHDRAWAL OF VARIOUS MOTIONS
1

| | | |
|---|---|---|
| 1 | - | DEBTOR'S MOTION TO ESTABLISH MINIMUM RELEASE PRICES AND FOR ADMINISTRATIVE CARVE-OUT, currently set for hearing on September 7, 2010 at 3:30 p.m.; |
| 4 | - | DEBTOR'S MOTION TO EMPLOY FREEMAN ASSOCIATES AND TO SECURITIZE CONTRACT WITH SUPERPRIORITY PRIMING LIEN PURSUANT TO 11 U.S.C. § 364, currently set for hearing on September 7, 2010 at 3:30 p.m.; and, |
| 8 | - | MOTION OF DEBTOR-IN-POSSESSION TO SELL REAL PROPERTY FREE AND CLEAR OF LIENS, FOR LEAVE TO WITHHOLD AN ADMINISTRATIVE CARVE OUT OF 5%, TO PAY THE COSTS OF SALE AND TO MAKE DISTRIBUTIONS TO SECURED CREDITORS (i.e. the Debtor's motion to sell property for use as a solar facility). |

This notice shall be served on all parties that have previously filed oppositions and/or objections to the above motions. The Debtor is informed and believes that the withdrawal of these motions shall leave one motion on the active calendar. The Debtor's application to employ the Watley Group, LLC identified as the APPLICATION FOR EMPLOYMENT OF THE WATLEY GROUP, LLC is not being withdrawn by the Debtor.. The application to employ the Watley Group, LLC is currently set for hearing on September 7, 2010 at 3:30 p.m. and shall remain on calendar barring other notices and/or orders of this court.

Dated: August 26, 2010          Gustavo E. Bravo /S/
                                Gustavo E. Bravo
                                SMAHA LAW GROUP,
                                Counsel for Sargent Ranch, LLC,
                                Debtor and Debtor-in-Possession

W:\Sargent Ranch\123.Notice.Withdrawal.wpd

1  John L. Smaha, Esq.  Bar No. 95855
   Gustavo E. Bravo, Esq. Bar No. 218752
2  **SMAHA LAW GROUP APC**
   7860 Mission Center Ct., Ste. 100
3  San Diego, California 92108
   (619) 688-1557  Telephone
4  (619) 688-1558  Facsimile

5  Attorneys for Debtor, Sargent Ranch, LLC

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF CALIFORNIA

**PROOF OF SERVICE**          CASE NO. 10-00046-11

                              *In re Sargent Ranch, LLC*

I am employed in the City of San Diego, California. I am over the age of 18 and not a party to the within action. My business address is 7860 Mission Center Court, Suite 100, San Diego, California 92108.

On August 30, 2010, I caused to be served the following document(s) described as:

1.  **DEBTOR'S NOTICE OF WITHDRAWAL OF VARIOUS MOTIONS**

in this action by placing the true copies thereof enclosed in a sealed envelope addressed as follows:

UNITED STATES TRUSTEE              **SEE ATTACHED SERVICE LIST**
Department of Justice
402 West Broadway, Ste. 600
San Diego, CA 92101

[X]   **(BY MAIL)** I served the individual named by placing the documents in a sealed envelope. I then placed it for collection and mailing with the United States Postal Service this same day, at my address shown above, following ordinary business practice.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on **August 30, 2010**, San Diego, California.

                              /s/*Amelda M. John*son
                              Amelda M. Johnson

1

## SPECIAL NOTICE SERVICE LIST

Robert N. Phillips, Esq.
Jayne Laiprasert, Esq.
Howrey LLP
525 Market Street, Ste. 3600
San Francisco, CA 94105-2708
(415) 848-4950
(415) 848-4999 (Fax)
*Attorneys for Frederic Sylvester, Sherie Sylvester, and Jocelyn Sylvester*

Lisa Holder
Klein DeNatale Goldner, et al.
P.O. Box 11172
Bakersfield, CA 93389-1172
(661) 395-1000
(661) 326-0418 (Fax)
*Attorneys for Bonanza Creek Energy Co., Bonanza Creek Energy Operating Co. & Patriot Resources, LLC*

Peter C. Califano
Cooper White & Cooper, LLP
201 California St., 17th Flr.
San Francisco, CA 94111
(415) 433-1900
(415) 433-5530
*Attorneys for Creditors Linda H. Kralik, Albert Kralik, Paul Pagnini and Thomas Marckwardt*

Paul E. Manasian
Manasian & Rougeau, LLP
400 Montgomery Street, Ste. 1000
San Francisco, CA 94104
(415) 291-8425
(415) 291-8426 (Fax)
manasian@mrlawsf.com
*In Pro Per*

Cecily A. Dumas
Friedman Dumas & Springwater
150 Spear Street, Ste. 1600
San Francisco, CA 94105
(415) 834-3800
(415) 834-1044 (Fax)
*Attorneys for Frederic Sylvester, Sherie Sylvester, and Jocelyn Sylvester*

Dan E. Chambers
Troutman Sanders, LLP
5 Park Plaza, Ste. 1400
Irvine, CA 92614
(949) 622-2700
(949) 622-2739 (Fax)
dan.chambers@troutmansanders.com
*Attorneys for Energy Research & Generation, Inc. and ERG, Inc., Retirement Trust*

County of Santa Cruz
Office of the Treasurer-Tax Collector
701 Ocean Street, Room 150
Santa Cruz, CA 95061
(831) 454-2281
*Attorneys for Creditor County of Santa Cruz, Office of the Treasurer/Tax Collector*

Jeffrey J. Goodrich
Goodrich & Associates
336 Bon Air Center, #335
Greenbrae, CA 94904
(415) 925-8630
(415) 925-9242 (Fax)
*Attorneys for First Priority Sargent Ranch Lenders*