COOPER, WHITE & COOPER LLP
PETER C. CALIFANO (SBN 129043)
201 California Street, 17th Floor
San Francisco, California 94111
Telephone:    (415) 433-1900
Facsimile:    (415) 433-5530

Attorneys for Creditors LINDA H. KRALIK,
ALBERT KRALIK, PAUL PAGNINI,
RICHARD WILLIAMS AND THOMAS
MARCKWARDT

# UNITED STATES BANKRUPTCY COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>SARGENT RANCH, LLC,<br><br>                   Debtor.<br>_____<br><br>ENERGY RESEARCH & GENERATION, INC., (ERG), AND ERG, INC., RETIREMENT TRUST,<br><br>                   Movant,<br><br>         vs.<br><br>SARGENT RANCH LLC,<br><br>                   Respondent. | CASE NO. 10-00046-PB11<br><br>Chapter 11<br><br>**JOINDER IN SUPPORT OF ERG'S MOTION FOR ORDER APPOINTING CHAPTER 11 TRUSTEE OR, IN THE ALTERNATIVE, ORDER CONVERTING DEBTOR'S CASE TO CHAPTER 7**<br><br>DATE: November 22, 2010<br>TIME: 3:30 p.m.<br>DEPT: 4<br>JUDGE: Hon. Peter W. Bowie |

Creditors Linda H. Kralik, Albert Kralik, Paul Pagnini, Richard Williams and Thomas Marckwardt (collectively the "Kralik Creditors") hereby join in support of the Motion of Energy Research & Generation, Inc. and ERG, Inc., Retirement Trust (collectively "ERG") for an Order Pursuant to 11 U.S.C 1104(a) Appointing a Chapter 11 Trustee or, in the Alternative, an Order Pursuant to 11 U.S.C. 1112(b) Converting the Debtor's Case to Chapter 7.

The Kralik Creditors currently hold approximately $4 million in principal-only claims, mostly secured by a First Deed of Trust in the Debtor's real property and are associated with

COOPER, WHITE & COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

642585.1
1
JOINDER IN SUPPORT OF ERG'S MOTION TO APPOINT CH. 11 TRUSTEE OR CONVERT TO CH. 7

1  another 20 creditors, collectively holding approximately another $14 million in principal-only
2  First Deed of Trust secured claims in this case.  These totals would substantially increase when the
3  interest component is added on to each claim.
4      The Kralik Creditors assert that if there is any hope to move this case toward a fair and
5  appropriate resolution, that an independent trustee must replace the current Debtor in Possession,
6  preferably a Chapter 11 Trustee.
7  DATED: October 27, 2010          COOPER, WHITE & COOPER LLP

By: /s/ Peter C. Califano
Peter C. Califano
Attorneys for Creditors LINDA H. KRALIK,
ALBERT KRALIK, PAUL PAGNINI,
RICHARD WILLIAMS AND THOMAS
MARCKWARDT

COOPER, WHITE
& COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

642585.1

2

JOINDER IN SUPPORT OF ERG'S MOTION TO APPOINT CH. 11 TRUSTEE OR CONVERT TO CH. 7