John L. Smaha, Esq.  Bar No. 95855
Gustavo E. Bravo, Esq. Bar No. 218752
John Paul Teague, Esq. Bar No. 254249
**SMAHA LAW GROUP**
7860 Mission Center Court, Suite 100
San Diego, California 92108
Telephone:    (619) 688-1557
Facsimile:    (619) 688-1558

Attorneys for Debtor, Sargent Ranch, LLC

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>SARGENT RANCH LLC,<br><br>Debtor. | CASE NO. 10-00046-PB11<br><br>Chapter 11<br><br>NOTICE OF CONTINUED HEARINGS<br><br>Date:  December 17, 2010<br>Time: 9:00 a.m.<br>Dept:  4<br>Judge: Hon. Peter W. Bowie |

TO THE HONORABLE PETER W. BOWIE, ALL CREDITORS AND OTHER INTERESTED PARTIES:

PLEASE TAKE NOTICE that the Motion for Debtor-In-Possession Financing Under 11 U.S.C. Section 364 (Docket No. 147) filed on October 15, 2010 and noticed by the Debtor, Sargent Ranch, LLC, on October 18, 2010 (Docket No. 151) and originally set for hearing for November 22, 2010 at 10:30 a.m. shall be and hereby is continued to December 17, 2010 at 9:00 a.m. in Department 4 of the above referenced court before the Honorable Peter W. Bowie in Room 328, of the Jacob Weinberger United States Courthouse, located at 325 West "F" Street, San Diego, California 92101-6991. Any opposition to this motion shall be filed and served no later than December 3, 2010. Any reply shall be filed and served by December 10, 2010. Any depositions related to this motion shall be served on a ten (10) day notice period. Document production requests shall be served on a seven (7) day notice period.

///

1  PLEASE TAKE FURTHER NOTICE that the Motion of Energy Research & Generation, Inc., and ERG, Inc. Retirement Trust for an order pursuant to 11 U.S.C. 1104(a) appointing a chapter 11 trustee or, in the alternative, an order pursuant to 11 U.S.C. 1112(b) converting the debtor's case to chapter 7 filed on October 15, 2010 (Docket No. 145) and originally noticed for hearing on November 22, 2010 3:30 p.m. (Docket No. 146) shall be and and hereby is continued to December 17, 2010 at 9:00 a.m. in Department 4 of the above referenced court before the Honorable Peter W. Bowie in Room 328, of the Jacob Weinberger United States Courthouse, located at 325 West "F" Street, San Diego, California 92101-6991. Any opposition to this motion shall be filed and served no later than December 3, 2010. Any reply shall be filed and served by December 10, 2010. Any depositions related to this motion shall be served on a ten (10) day notice period. Document production requests shall be served on a seven (7) day notice period.

Dated: October 28, 2010        SMAHA LAW GROUP, APC


By:  /s/ John Smaha
John Smaha
Attorneys for Debtor and
Debtor-in-Possession

---

**NOTICE OF CONTINUED HEARINGS**

2

John L. Smaha, Esq. Bar No. 95855
Gustavo E. Bravo, Esq. Bar No. 218752
**SMAHA LAW GROUP APC**
7860 Mission Center Ct., Ste. 100
San Diego, California 92108
(619) 688-1557  Telephone
(619) 688-1558  Facsimile

Attorneys for Debtor, Sargent Ranch, LLC

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PROOF OF SERVICE** | CASE NO. 10-00046-PB11 |
| | *In re Sargent Ranch, LLC* |

I am employed in the City of San Diego, California. I am over the age of 18 and not a party to the within action. My business address is 7860 Mission Center Court, Suite 100, San Diego, California 92108.

On October 28, 2010, I caused to be served the following document(s) described as:

1.  **NOTICE OF CONTINUED HEARINGS**

in this action by placing the true copies thereof enclosed in a sealed envelope addressed as follows:

| | |
|---|---|
| UNITED STATES TRUSTEE<br>Department of Justice<br>402 West Broadway, Ste. 600<br>San Diego, CA 92101 | **SEE ATTACHED SERVICE LIST** |

[X]   (**BY MAIL**) I served the individual named by placing the documents in a sealed envelope. I then placed it for collection and mailing with the United States Postal Service this same day, at my address shown above, following ordinary business practice.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on **October 28, 2010**, San Diego, California.

/s/*Amelda M. Johnson*
Amelda M. Johnson

1

## SERVICE LIST

Albert J Kralik, Trustee
64 Deer Crest Place
Danville, CA 94506

Associated Management Serv Inc
P.O. Box 1509
Danville, CA 94526

Avilla Thompson, a Ltd Partner
818 Kalthoff Common
Livermore, CA 94550

Barnes & Thornberg
750 17th Street NW, #900
Washington, DC 20006

Bernat Rosner
12 Henry Ranch Drive
San Ramon, CA 94583

Bradley D. Benson
5 Evans Place
Orinda, CA 94563

Bruce K Palmer, Trustee
457 Sunningdale Drive
Rancho Mirage, CA 92270-1443

C. Randall Bupp
Bardellini, Straw, et al.
2000 Crow Canyon Pl., #330
San Ramon, CA 94583

Carr Capital Partners LLC
2825 El Camino Real
Redwood City, CA 94061

Chester Spiering
1235 Christobal Privada
Mountain View, CA 94040

Clark & Weinstock
601 13th Street NW
Washington, DC 20005

David W. Ginn
1981 N. Broadway, Ste. 275
Walnut Creek, CA 94596-3886

de Groot Charitable Remainder
31 Hartwood Court
Lafayette, CA 94549

Debra Gewertz
31586 Via Cruzada
San Juan Capistrano, CA 92675

Discount Fabrics Pro. Sharing
3001 Deer Meadow Drive
Danville, CA 94506

Domenic V. Genco
P.O. Box 1155
Gilroy, CA 95021

Enderley, Ltd.
Second Floor, Bourne Concourse
Peel Street
Ramsey
Isle of Man IM8 1JJ

Elizabeth A Doerr-Black
6 Arroyo Drive
Orinda, CA 94563

ERG - BOB Retirement Trust
900 Stanford Avenue
Oakland, CA 94608

ERG - Ford Retirement Trust
900 Stanford Avenue
Oakland, CA 94608

ERG, Inc.
900 Stanford Avenue
Oakland, CA 94608

Eric B. Benson
5 Evans Place
Orinda, CA 94563

Ethel M Blake, Trustee
C/O 3001 Deer Meadow Drive
Danville, CA 94506

First Blackhawk Financial Corp
c/o Greg Griffin
203 Hawk Court
Alamo, CA 94507

First Trust Corp. TTEE FBO/Bus
P.O. Box 173301
Denver, CO 80217-3301

Frederic Sylvester, Trustee
P.O. Box 2483
Olympic Valley, CA 96146

Fredrick H Badger, Trustee
2700 E Morning Glory Circle
Payson, AZ 85541

Gary F Griffin, Trustee
4109 Napa Loop
Roseville, CA 95747

Gibbs Hill Insurance Co.
Second Floor, Bourne Concourse
Peel Street
Ramsey
Isle of Man IM8 1JJ

B.J. Seymour
Belvedere, La Moye Lane
Jerbourg
St. Martin
Guernsey GY4 6BN

| | | |
|---|---|---|
| Goldfinger Investments, Ltd.<br>St. Helier<br>Jersey JE4, Channel Islands, | Gregory F. Griffin<br>203 Hawk Court<br>Alamo, CA 94507 | Gunilla M Rittenhouse<br>3389 Silver Springs Court<br>Lafayette, CA 94549 |
| Gunther J de Groot, Trustee<br>31 Hartwood Court<br>Lafayette, CA 94549 | Victoria L Sillivan, Trustee<br>617 Park Hill Road<br>Danville, CA 94526 | Ian G Koblick, Co-Trustee<br>P.O. Box 787<br>Key Largo, FL 33037 |
| Jim Schreader<br>3627 Covello Circle<br>Shingle Springs, CA 95682 | Jocelyn Sylvester Herail, TTEE<br>9 Acacia Drive<br>Tiburon, CA 94920 | Deborah S. Appleton<br>Estate of John S. Appleton, deceased<br>3136 Hanover Street<br>Dallas, TX 75225-7725 |
| Kenneth I and Paulina P McGill<br>3199 Blackhawk Meadow Dr.<br>Danville, CA 94506 | Kurt M Pagnini<br>1175 Quail Ridge Court<br>San Jose, CA 95120 | Lee and Francesca Wolterding<br>7075 Valley Greens Circle<br>Carmel, CA 93923 |
| Linkup Holdings Limited<br>St. George's Place<br>St. Peter, Guernsey, GYI 3ZG, | Live Oak Associates<br>6840 Via del Oro, #220<br>San Jose, CA 95119 | Los Amigos V<br>809 Mt. View Drive<br>Lafayette, CA 94549 |
| Louis E Rittenhouse, TTEE<br>3389 Silver Springs Court<br>Lafayette, CA 94549 | Luhdorff & Scalmanini<br>5001 1st Street<br>Woodland, CA 95695 | Manasian & Rougeau, LLP<br>400 Montgomery St., Ste. 1000<br>San Francisco, CA 94104 |
| Margaret H. McGee<br>Office of the U.S. Trustee<br>1301 Clay St., #690N<br>Oakland, CA 94612-5217 | Marin H Plone<br>1087 Insbruck Street<br>Livermore, CA 94550 | Mark D Benson<br>5 Evans Place<br>Orinda, CA 94563 |
| Mark D. Benson<br>5 Evans Place<br>Orinda, CA 94563 | Mark Ragno<br>1606 West Longview<br>Stockton, CA 95207 | Martin A Parese, Jr.<br>20 Gary Way<br>Alamo, CA 94507 |
| Mary B. Wilson, Trustee<br>P.O. Box 954<br>Minturn, CO 81645 | Mary Marbury Bowie<br>110 Coffee Cup Drive<br>Sedona, AZ 86336 | McNally Temple<br>1817 Capitol Avenue<br>Sacramento, CA 95811 |
| Michael C.S. Thompson, TTE<br>818 Kalthoff Common<br>Livermore, CA 94550 | Michael E Pegler<br>5262 Pleasant Hill Rd.<br>Pleasanton, CA 94588 | Mike Baldridge<br>335 Sutton Circle<br>Danville, CA 94506 |

| | | |
|---|---|---|
| Miller Starr Regalia<br>1331 N. California Blvd.<br>Walnut Creek, CA 94596 | Montgomery Street Partners<br>7075 Valley Greens Circle<br>Carmel, CA 93923 | Morrison Foerster<br>101 Ygnacio Valley Rd., #250<br>Walnut Creek, CA 94596 |
| Nailder Investments Ltd./Basel Trust Ltd<br>1st Flr - International House<br>41 The Parade<br>St. Helier<br>Jersey, Channel Islands | Nerine Trust Company Limited<br>Nerine House<br>P.O. Box 434<br>St. Georges Place<br>Guernsey GY1 3ZG | New Process Industries, Inc.<br>900 Stanford Avenue<br>Oakland, CA 94608 |
| Norman I. Adams, IV<br>291 Parkside Drive<br>Palo Alto, CA 94306 | Patricia J Bussey, TTEE<br>78-910 Via Carmel<br>La Quinta, CA 92253 | Patriot Resources<br>1565 Las Canos Road<br>Santa Barbara, CA 93105 |
| Paul Pagnini, Trustee<br>56 Red Pine Court<br>Danville, CA 94506 | Paulina Pulliam McGill<br>3199 Blackhawk Meadow Drive<br>Danville, CA 94506 | PENSCO Trust Co FBO/Palmer<br>Cust/DuBois<br>P.O. Box 26903<br>San Francisco, CA 94126 |
| PENSCO Trust Co FBO/Plone<br>Cust/Wolfers<br>P.O. Box 26903<br>San Francisco, CA 94126 | PENSCO Trust Company, Inc.<br>Cust/Beckett<br>P.O. Box 26903<br>San Francisco, CA 94126 | PENSCO Trust Company, Inc.<br>Cust/Keith<br>P.O. Box 26903<br>San Francisco, CA 94126 |
| PENSCO Trust Company, Inc.<br>FBO/Kuykendall<br>P.O. Box 26903<br>San Francisco, CA 94126-6903 | PENSCO Trust Company, Inc.<br>FBO/Kralik<br>P.O. Box 26903<br>San Francisco, CA 94126-6903 | PENSCO Trust Company, Inc.<br>FOB/ Pegler<br>P.O. Box 26903<br>San Francisco, CA 94126-9603 |
| PENSCO Trust Company, Inc. FBO<br>P.O. Box 26903<br>San Francisco, CA 94126 | Pillsbury Winthrop<br>2300 N. Street NW, Rm 6182<br>Washington, DC 20037 | Porter A Hurt, Trustee<br>4833 Norht Hidden Terrace<br>Litchfield Park, AZ 85340 |
| Rawson Investments Ltd.<br>St. George's Place<br>St. Peter Guernsey GYI 3ZG | Ricardo Pimienta<br>205 Dublin Street<br>San Francisco, CA 94112 | Richard Ehrenberger<br>3121 Claremont Avenue<br>Berkeley, CA 94705 |
| Richard G Williams<br>442 Diablo Rd. #157<br>Danville, CA 94526 | Richard R Bruce, Trustee<br>313 Sequoia Terrace<br>Danville, CA 94506 | Ronald C & Catherine M Blake<br>3001 Deer Meadow Drive<br>Danville, CA 94506 |
| Ronald P Elvidge<br>255 Tim Court<br>Danville, CA 94526 | Ruggeri Jensen Azar<br>8055 Camino Arroyo<br>Gilroy, CA 95020 | Russell A Bowen, Trustee<br>4024 Constitution Drive<br>Fairfield, CA 94533-9702 |

Santa Clara County
Tax Collector
70 W. Hedding Street
San Jose, CA 95110

Santa Cruz County
Tax Collector
Room 150 County Government Ctr
Santa Cruz, CA 95060

Tena Collins
4209 Riverview Drive
Duluth, GA 30155

Sherie Sylvester, Trustee
565 East Channel Road
Santa Monica, CA 90402

Steve Mirassou, Trustee
17294 Nagpal Court
Monte Sereno, CA 95030

Steven S Hallock, Co-Trustee
4258 Golden Oak Court
Danville, CA 94506

Susah Ragno
4117 "U" Street
Sacramento, CA 95817

TerraSearch
6293 San Ignacio Ave., Ste. A
San Jose, CA 95119

Tevis Thompson
P.O. Box 1110
Martinez, CA 94553

The Russell A & Vivien G Bowen
4024 Constitution Drive
Fairfield, CA 94533-9702

Thomas W Marckwardt, Trustee
5094 Blackhawk Drive
Danville, CA 94506

Trust Company of America
P.O. Box 6580
Englewood, CO 80155-6580

V Lea Sasak
P.O. Box 11447
Pleasanton, CA 94588

Vince Giacalone
6300 Monterey Road
Gilroy, CA 95020

W. Richard Marz
138 Pepperwood Court
Danville, CA 94506

W.T. Capital Lender Services
7522 N. Colonial Ave. Ste. 101
Fresno, CA 93711

William E Noble, Trustee
3421 Hackamore Drive
Hayward, CA 94541

William Mazzocco, Trustee
P.O. Box 1110
Livermore, CA 94551

William R & Marie A Smithousen
43 Banbridge Place
Pleasant Hill, CA 94523

World Health Associates, Inc.
3 Janet Way, #23
Belvedere Tiburon, CA 94920

U.S. TRUSTEE
Department of Justice
402 West Broadway, Ste. 600
San Diego, CA 92101

Robert N. Phillips, Esq.
Jayne Laiprasert, Esq.
Howrey LLP
525 Market Street, Ste. 3600
San Francisco, CA 94105-2708

Cecily A. Dumas
Friedman Dumas & Springwater
150 Spear Street, Ste. 1600
San Francisco, CA 94105

Lisa Holder
Klein DeNatale Goldner, et al.
P.O. Box 11172
Bakersfield, CA 93389-1172

County of Santa Cruz
Office of the Treasurer-Tax Collector
701 Ocean Street, Room 150
Santa Cruz, CA 95061

Dan E. Chambers
Troutman Sanders, LLP
5 Park Plaza, Ste. 1400
Irvine, CA 92614

Peter C. Califano
Cooper White & Cooper, LLP
201 California St., 17th Flr.
San Francisco, CA 94111

Paul E. Manasian
Manasian & Rougeau, LLP
400 Montgomery Street, Ste. 1000
San Francisco, CA 94104

Jeffrey J. Goodrich
Goodrich & Associates
336 Bon Air Center, #335
Greenbrae, CA 94904

Victor A. Vilaplana
Matthew J. Riopelle
Foley & Lardner, LLP
402 W. Broadway, Ste. 2100
San Diego, CA 92101