Form 210A (12/09)

# United States Bankruptcy Court

__Southern__ District Of __California__

In re __Barratt American__,    Case No. __08-13249-LA7__
  __Incorporated__

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

__Arch Insurance Company__
Name of Transferee

__Rangel Development Group, Inc.__
Name of Transferor

Name and Address where notices to transferee should be sent:
John J. Immordino, Esq.
Wilson Elser Moskowitz Edelman & Dicker
555 S. Flower St., #2900, L.A., CA 90071

Court Claim # (if known): __305-1__
Amount of Claim: __$197,725.66__
Date Claim Filed: __12/07/2009__

Phone: __(213) 443-5100__
Last Four Digits of Acct #: _____

Phone: __(213) 612-9900__
Last Four Digits of Acct #: _____

Name and Address where transferee payments should be sent (if different from above):

```
✓ FILED
__ ENTERED
__ LODGED
__ RECEIVED

AUG 27 2010

CLERK, U.S. BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY JD                    DEPUTY
```

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _/s/_____    Date: __August 25, 2010__
  Transferee/Transferee's Agent
  John J. Immordino

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

B210

Form 210B (12/09)

# United States Bankruptcy Court

_____Southern_____ District Of __California__

In re <u>Barratt American</u>            ,   Case No. <u>08-13249-LA7</u>
       Incorporated

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. <u>305-1</u>     (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on _____ (date).

| | |
|---|---|
| <u>Rangel Development Grp Inc</u><br>Name of Alleged Transferor | <u>Arch Insurance Co.</u><br>Name of Transferee |
| Address of Alleged Transferor:<br>Andrew W. Hawthorne, Esq.<br>Monteleone & McCrory, LLP<br>725 S. Figueroa St.<br>Suite 3200<br>Los Angeles, CA    90017 | Address of Transferee:<br>John J. Immordino, Esq.<br>Wilson Elser Moskowitz Edelman<br>& Dicker LLP<br>555 S. Flower Street, Suite 2900<br>Los Angeles, Callifornia 90071 |

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.


Date: _____                                         _____
                                                         **CLERK OF THE COURT**

## PROOF OF SERVICE

**STATE OF CALIFORNIA** )
)
**COUNTY OF LOS ANGELES** )

    I am employed in the County of Los Angeles, State of California; I am over the age of 18 years and not a party to the within action; my business address 555 South Flower Street, Suite 2900, Los Angeles, CA 90071.

    On August 26, 2010, I served the within TRANSFER OF CLAIM OTHER THAN FOR SECURITY on the interested parties in this action by placing [ ] the original [X] a true copy thereof, enclosed in a sealed envelope addressed as follows:

SEE ATTACHED SERVICE LIST

    ✓ **(BY MAIL [State])** I am readily familiar with WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER's practice for the collection and processing of correspondence for mailing with the United States Postal Service; such envelope will be deposited with the United States Postal Service on the date shown below in the ordinary course of business at the business address shown above; and such envelope was placed for collection and mailing on the date shown below according to WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER's ordinary business practices.

    ___ **(BY PERSONAL SERVICE)** I hand-delivered the documents described hereinabove to the offices of the addressee(s).

    ___ **(BY MESSENGER SERVICE)** I caused the documents described hereinabove to be hand-delivered to the offices of the following addressee(s).

    ___ **(BY TELECOPIER)** I caused the above document(s) to be telecopied to the addressee(s) at the telecopier number(s) as shown on the attached service list.

    ___ **(BY FEDERAL EXPRESS)** The above described pleading was sent by Federal Express on the date above indicated to those persons listed on the attached service list.

    Executed on August 26, 2010, at Los Angeles, California.

    I declare under penalty of perjury under the laws of the State of California that the above is true and correct, and I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

*Raquel Burgess*
Raquel Burgess

850811.1

**In re Barratt American Incorporated**
**Bankruptcy Case No. 3-08-bk-13249-LA7**
**Chapter 7**

**SERVICE LIST**

| | |
|---|---|
| Marc J. Winthrop, Esq.<br>Winthrop Couchot, Esq.<br>Professional Corporation<br>660 Newport Center Drive, 4th Floor<br>Newport Beach, CA 92660<br>   Attorneys for Debtor<br>   Barratt American Incorporated, a<br>   Delaware corporation | Mary Testerman Duvoisin<br>David A. Ortiz<br>Office of the U.S. Trustee<br>402 West Broadway, Suite 600<br>San Diego, CA 92101<br>Tel: (619) 557-5013<br>Email: mary.m.testerman@usdoj.gov<br>   Attorneys for the<br>   United States Trustee |
| Haeji Hong<br>Office of the United States Trustee<br>402 W. Broadway, Ste. 600<br>San Diego, CA 92101<br>Tel: (6190 557-5013<br>   Attorney for Tiffany L. Carroll | Philip C. Putnam, Esq.<br>Andrew W. Hawthorne, Esq.<br>Monteleone & McCorory, LLP<br>725 South Figueroa Street, Suite 3200<br>Los Angeles, CA 90017-5446<br>Tel: (213) 612-9900<br>Fax: (213) 612-9930 |
| Kathleen A. Cashman-Kramer<br>Peter L. Duncan<br>Gerald N. Sims<br>Pyle Sims Duncan & Stevenson, APC<br>401 "B" Street, Suite 1500<br>San Diego, CA 92101<br>Tel: (619) 687-5200<br>     (619) 699-5230<br>     (619) 687-5200<br>Email: kcashman@psdslaw.com<br>        peterd@psdslaw.com<br>        jerrys@psdslaw.com<br>   Attorneys for Richard M. Kipperman | Andrew W. Hawthorne, Esq.<br>MONTELEONE & MCCRORY, LLP<br>725 S. Figueroa Street, Suite 3200<br>Los Angeles, California 90017<br>Tel: (213) 612-9930<br>Fax: (213) 612-9900<br>   Attorneys for Transferor<br>   Rangel Development Group, Inc. |
| Gary E. Slater<br>Timothy J. Truxaw<br>Slater & Truxaw, LLP<br>15373 Innovation Drive, Suite 210<br>San Diego, CA 92128<br>Tel: (858) 675-0755<br>Fax: (858) 675-0733<br>Email: ges@slatertruxaw.com<br>   Attorneys for Official Committee<br>   Of Unsecured Creditors | |

850811.1