### Exhibit "D"

### Scope of Work

### STANDARD SCOPE ATTRIBUTABLE TO ALL TRADES

This attachment shall not limit more stringent requirements found elsewhere in the contract documents unless specifically listed as exclusions below.

**A.  All trades are to include the following items within their trade scope of work:**

1. The drawings and specifications are scope documents that indicate the general scope of the project, and as such, the drawings and specifications do not necessarily indicate or describe all work required for the full performance and completion of the work.  Contract is awarded on the basis of such documents with the understanding that the Contractor is to furnish and install all items required for the proper completion of their work without adjustment to the contract price, including but not limited to the following:  Contractor shall furnish all labor, supervision, material, equipment, tools, scaffolding, lifts, layout, storage, double handling, hoisting, loading and unloading, traffic control, taxes, insurance, permit fees, personnel parking, support, material and labor escalation, overhead, profit, and all other miscellaneous appurtenances as necessary for a complete and functional installation as described in Exhibit "A-1" Documents List and Attachment "D-1" trade specific scope.

2. Contractor shall provide field and office supervision sufficient for the proper and timely execution and management of the work in accordance with the project schedule and other contract requirements.  No changes in supervision shall be allowed without written authorization from Barratt Urban Division unless caused by a termination or serious illness.  Barratt Urban Division shall have the right to reject any proposed Contractor personnel without cause.

3. Furnish and install all work in accordance with any and all current federal, state and local codes, documents, publications and standards including ADA and OSHA.

4. Contractor is responsible for coordinating, arranging and paying for all inspections, permits, plan checks fees, city connection fees, etc. for its work as required by current regulations and/or contract documents.

5. Contractor shall provide site-specific work plans that describes all items listed in the Barratt Demolition Procedures.

6. Contractor is responsible to clean-up including collecting, hoisting and removal from job site all debris resulting from Contractor's operations on a daily basis no matter how incidental.

7. Temporary protection of surrounding work.

8. Contractor shall be responsible for the structural integrity and/or damage to existing construction as a result of material handling, loading, staging, stocking and installation operations.  Contractor shall submit for approval, a material staging plan for Barratt Urban Division' approval no later than 4 weeks prior to stocking material.  Such approval shall not relieve Contractor of any responsibility for damage or injury resulting from these activities.

9. Field measuring and coordination with other related and/or adjacent trades to insure proper fit and function.

10. Blockouts, chipping and/or coring (x-raying to locate tendons in P/T slabs) as necessary for a complete and proper installation.

11. Scrape and patch all fireproofing as required to complete installation.

12. All installations are to be in accordance with the manufacturer's installation instructions.

13. Temporary heat, cooling, task lighting and weather protection necessary for its work.

14. Contractor is responsible for furnishing and installing all support systems, inserts, furring, framing, hangers, threaded rod, wires, backing, blocking, seismic bracing, sleeves, fasteners, adhesives, caulking, firecaulking, sealant, necessary for a complete installation.

15. All installations are to be straight, plumb and level.

16. Miscellaneous patching, repair and/or corrective work to minor damage inflicted by unidentifiable parties prior to final turnover.

17. All move-ins necessary for completion of the work as directed by Barratt Urban Division.

18. Provide one person, one day (Friday mornings from start of day until site is clean) to participate in a composite cleanup crew to cleanup the building and the site. This is in addition to the cleanup requirements for each trade specified elsewhere.

**B.  EXCLUSIONS: [S1]**

1. No exclusions noted.

_Jm/_ Contractor's Initials                     Page 38 of 61                     Owner's Initials

13249not 3   50/8

**CITY SQUARE**                                                                  Cost Code: 02-2100
**Barratt American**
**Page 1 of 12**
**Date: August 24, 2006**

**EXHIBIT D-1**
**SCOPE OF WORK**
**2A –DEMOLITION AND HAZARDOUS MATERIALS REMOVAL**

This attachment shall not limit more stringent requirements found elsewhere in the contract documents unless specifically listed as an exclusion below.

**A.    Perform all DEMOLTION work, including but not limited to:**

   1.  Furnish all labor, material and equipment to complete all Demolition as described in and shown on the contract documents, the full contents of which are listed in Attachment "B" Document List of the Subcontract Agreement. Complete work that is currently shown, and that which can be reasonably anticipated to be included for this project. No exclusion from limitations in plans and specifications shall be reason for omitting the appurtenances or accessories necessary to complete this work. No Change Orders shall be issued to Contractor unless the Owner revises the scope of work shown on the contract documents.

   2.  Removal, off-haul and disposal of all items required to be demolished, including the following:
      a.  ~~Demolition specified on the Architectural, Structural, Mechanical, Plumbing, Fire Protection, Electrical and Civil Drawings.~~
      b.  Walls with footings.
      c.  Slabs on grade.
      d.  Foundations.
      e.  Columns, beams, etc.
      f.  Equipment pads.
      g.  Roofing system and roof-mounted equipment.
      h.  Sidewalks, ~~street curbs and gutter.~~
      i.  ~~Street vaults complete.~~
      j.  ~~Surface obstructions at soldier piles.~~
      k.  HVAC, plumbing, and fire sprinkler.
      l.  Abandoned utilities. Capping of utilities as required.
      m.  Landscaping as specified. Protection of landscape specified to remain.
      n.  Partitions, doors, frames, fixtures, flooring, ceiling, soffits, etc.
      o.  Millwork, casework, counters, shelving and other built-ins.
      p.  Toilet partitions and fixtures.
      q.  Wallcovering including adhesives.
      r.  Electrical and data floor monuments.
      s.  Surface mounted thermostats.
      t.  Temporary braces at perimeter walls and/or vaults.

   3.  All salvage rights will rest with the Contractor.

   4.  ~~Removal of below grade items, including associated backfill if necessary. Any necessary backfill shall be performed in accordance with the Geotechnical Report.~~

INITIALS: _____ / _____
                         Contractor    Barratt American

Attachment "C" Scope of Work: 2A – Demolition and Abatement
**CITYSQUARE**
**Barratt American**

**Page 2 of 12**

5. ~~Shoring, bracing, sequencing necessary to perform demolition work.~~

6. Site clearing, including root picking.

7. Provide dust control and regular street cleaning while on site.

8. Cutoff and cap existing utilities as necessary.

9. Supply and install temporary water supply.

10. ~~Barricades during demolition.~~

11. Provide fire watch.

12. Handwork as necessary to protect items not scheduled for demolition and to protect adjacent properties.

13. All work shall be in accordance with applicable noise requirements.

14. Protection of adjacent property.

15. Contractor is responsible for repairing any damaged caused by their crews and equipment.

16. ~~Prepare documents to obtain all permits.~~ Obtain ~~and pay for~~ demolition permits.(owner to pay for permits)

17. ~~Provide third party inspections as necessary.~~

18. Items schedule to be demolished may contain lead based paint and asbestos. Contractor shall be responsible to remove and dispose of all such materials in accordance with all applicable codes and regulations.

19. Attachment "C" (ST) Scope of Work: Standard Scope Attributable to All Trades in addition to this trade specific scope.


A. **Furnish and install all ASBESTOS AND LEAD ABATEMENT work, including but not limited to:**

1. Furnish all labor, material and notification necessary to remove and dispose of Asbestos Containing Material (ACM), in accordance with all existing AQMD, EPA, OSHA or other governing agency rules.

2. Contractor shall hold a valid Contractor's license in the State of California with a hazardous materials endorsement for asbestos and lead.

3. Contractor is responsible for coordinating, arranging and paying for all inspections and citations for this work as required by the current regulations.


INITIALS: _____ , _____
            Contractor        Barratt American

F:\Agreed_Final_Scope-C_Abatement_August_24.doc
06/02

Attachment "C" Scope of Work: 2A – Demolition and Abatement
**CITYSQUARE**
**Barratt American**

**Page 3 of 12**

4. Contractor transporting and disposing of asbestos and lead shall posses an EPA transporter identification number, proper insurance (including auto liability with MSC-90 endorsement in addition to Attachment "A" Insurance and ~~Bonding Requirements~~), asbestos training records for drivers demonstrating a minimum of AHERA two (2) hour awareness training, and asbestos medical/physicals for drivers.

5. In addition, if Contractor is transporting and disposing of over 50 pounds of asbestos or lead waste shall also be registered as a hazardous waste transporter in the State of California and must demonstrate compliance with DOT provisions for driver qualifications (including drug and alcohol testing, commercial license with hazardous waste endorsement), hazardous waste vehicle registration, pull notice program and annual vehicle inspection program.

6. For asbestos and lead renovations, removal and demolition, Contractor shall comply with the requirements found in the State of California. The total quantity of asbestos and lead cannot be artificially scheduled or segregated to avoid this regulation.

7. Contractor shall have a written hazard communication program in accordance with the requirements in the State of California. Contractor shall demonstrate that employees have been trained in hazard communication and understand the hazards associated with asbestos. Contractor shall make written training records available upon request from the Owner.

8. Job specific MSDS inventory list with MSDSs shall be submitted to the Project Superintendent and shall be posted in a conspicuous place.

9. Contractor shall have a written emergency response program and site-specific emergency plan with documented employee training. Site evacuation plan and medical information (including nearest medical facility, telephone numbers and route maps) shall be posted.

10. Contractor shall have an Injury & Illness Prevention Program (IIPP) and Code of Safe Work Practices or equivalent, available on the job site. The Code of Safe Work Practices shall be posted in a conspicuous place and shall identify job specific hazards.

11. Contractor shall make available, upon request by the Owner, the following documentation:

    a. Employee training certificates to verify compliance with AHERA training requirements for all classes of asbestos work performed on the job site.

    b. Documented employee training on Proposition 65.

    c. Historical exposure assessments for which the Contractor bases its justification for employee work practices and personal protective equipment, including respiratory protection

    d. A list of all violations and pending action related to State/OSHA and EPA non-compliance within the last three years.

    e. Any pending third party claims (>$25,000) related to job performance or employee job-related illness and injury from asbestos exposure within the last three years.

INITIALS: _____ , _____
          Contractor       Barratt American

Attachment "C" Scope of Work: 2A – Demolition and Abatement
CITYSQUARE
Barratt American

**Page 4 of 12**

f. Medical/respiratory protection fitness-for-duty reports on all workers designated for the specific job site.

g. Copies of respirator fit testing on all workers designated for the job. The respirator fit test shall conform to state-of-the art-fit testing procedures for qualitative or quantitative testing in accordance with the 1998/99 revision of 29 CFR Part 1910.134. The fit test shall have been conducted within twelve months of any earlier fit test.

12. Contractor shall obtain all necessary State-OSHA/State-EPA work permits such as, but not limited to excavation, scaffold, erection, waste treatment, etc.

13. Contractor shall complete and file the appropriate NESHAP demolition or renovation notice with the air pollution control district (APCD) in accordance with the local APCD rules and regulations.

14. Contractor shall notify Owner, as soon as possible, of any issues which may effect the project start date.

15. Contractor is responsible for all project delays, infractions or notices of violations with associated penalties related to failure to timely file project notifications with enforcement agencies and start the work.

16. Contractor shall assist the Owner in assuring that all building tenants and the public are properly notified of ongoing asbestos work. Contractor shall abide by all other public, tenant and employee notifications of asbestos related work and/or exposure.

17. Contractor will furnish all manpower and materials necessary to remove and dispose of ACM and PCAM in accordance with best industry/management practices and in accordance with all Federal, State and local regulation.

18. Contractor key personnel shall attend a pre-construction meeting to be conducted at a time and place designated by the Owner. All parties having an active roll in asbestos abatement are required to attend.

19. Contractor shall assure that all materials are received in the original packages, containers or bundles bearing the name of the manufacturer and the brand name.

20. Contractor shall not employ deteriorating or previously used materials and shall promptly remove them from the work site and disposed of properly in accordance with applicable laws and regulations.

21. Contractor shall abide by Attachment "C" (ST) Scope of Work: Standard Scope Attributable to All Trades in addition to this trade specific scope.

**A.1   WORK PLAN:**

1. Contractor shall provide a work plan, which describes the abatement areas, methods for removal, specifications for containment and decontamination, air monitoring, clearance sampling methodology and standards, personnel, and waste management practices. The work plan shall consist of, but not to limit to, the following information: site layout; organizational chart; communication plan; abatement

INITIALS: _____ / _____
                Contractor        Barratt American

F:\Agreed_Final_Scope_C_Abatement_August_24.doc
06/02

Attachment "C" Scope of Work: 2A – Demolition and Abatement
CITYSQUARE
Barratt American

**Page 5 of 12**

plan; type of equipment planned; decontamination procedure; emission controls (i.e. regulated areas, NPE, wet method, vacuum); emergency response plan; personnel protection; personnel training; agency notification; site control or security; traffic pattern and signage.

2.  Engineering work practices shall be the primary method used to prevent the release of asbestos emissions and prevent personnel exposure. Administrative controls shall be used only to supplement engineering controls. Employee's rotation is not considered an acceptable practice for meeting the regulatory requirements for asbestos compliance.

3.  Contractor shall prescribe to the latest industry practices for asbestos and lead abatement, and if there is any conflict between industry practice and the regulations, the regulations shall prevail.

4.  Contractor shall make every reasonable effort to protect existing structure not involved in the asbestos and lead abatement project. This includes, but is not limited to, existing flooring and coatings, interior and exterior surfaces, windows, doors, roofing, foundations, architectural components, tenant fixtures (including furniture, etc.) and any other items identified during pre-construction meetings.

5.  Contractor shall develop and coordinate ~~with Swinerton Builders~~ a layout of the asbestos and lead abatement areas and the traffic patterns associated with the activities (i.e. personnel access/egress, waste load out, etc.). The plan shall provide for contingency planning in the event circumstances change. The plan should incorporate the emergency evacuation and response plans for the building. The layout should delineate where asbestos abatement will be performed, identify any unique problems, show each location and type of containment planned and how the areas will be controlled to protect other Contractors, building occupants, Swinerton Builders personnel, the public and others working in the vicinity.

6.  Contractor should include in the work plan an organizational chart identifying the site supervisory personnel, their roles and responsibilities, and support staff. Along with the names, the information shall also contain day/night and emergency telephone numbers for each responsible party.

7.  Disposable Materials:

    a.  If polyethylene sheeting is used for floor and wall coverings it shall be a minimum of ~~six (6)~~ mil thickness.(four (4) mil)

    b.  Hardboard or plywood, minimum ¼ inch thick shall be furnished to protect floor surfaces such as carpet or hardwood floors. Such protection shall also be provided for polyethylene sheeting under scaffolds to prevent puncture or tearing the sheeting.

    c.  If hardboard or plywood is used as structural support for containment walls, a minimum ½ inch thick shall be furnished. The hardboard or plywood shall be secured to existing structural members or self-supported to prevent collapse.

    d.  Disposal containers shall conform to Federal, DOT and State waste handling requirements. The asbestos waste containers shall be approved asbestos disposal bags or fiberboard drums with inner liners and locking ring tops.

INITIALS: _____  /  _____
          Contractor          Barratt American

Attachment "C" Scope of Work: 2A – Demolition and Abatement
**CITYSQUARE**
**Barratt American**

**Page 6 of 12**

    e. Labels shall conform to the label and waste shipping descriptions required by Federal, DOT and State. Contractor shall provide warning labels, signs (English and Spanish), manifests, to comply with OSHA requirements, and to provide regulated area perimeter warnings. Warnings and labels shall conform to prescribed regulatory language.

    f. Wetting agents shall be used to conform to the type of asbestos and lead abatement and manufacturer's recommendation. Ethylene glycol or equivalent shall be added to wetting mixtures to prevent freezing.

    g. Bridging encapsulates shall be mixed and applied according to the manufacturer's recommendation.

    h. Penetrating or sealing encapsulates shall be mixed and applied according to the manufacturer's recommendations.

    i. Duct tape or tape with equivalent tensile and binding strength shall be used to provide temporary covers for small amounts of exposed asbestos until a permanent repair patch is complete.

8. Equipment:

    a. Contractor shall provide a list of equipment planned for the job and identify the equipment owned versus rented for the job. Specify capital equipment (>$2,500) owned versus rented. Also identify personal protective equipment owned versus rented, particularly respiratory protection and negative pressure equipment.

    b. Negative Pressure Equipment (NPE): Contractor shall provide documentation ~~of DOP or equivalent proficiency testing within six (6) months. If NPE is vented inside the workplace, the Contractor shall conduct DOP testing to verify tightness of the equipment.~~ NPE shall not be discharged in to the workspace without job site DOP testing.

    c. The NPE units shall be equipped with HEPA filters and operated in accordance with ANSI Z9.2-79 and/or EPA guidance document EPA 560/5-83-002, Appendix F: Recommended Specifications and Operating Procedures for the Use of Negative Pressure Systems for Asbestos Abatement.

    d. HEPA filters used in the NPE shall be capable of filtering asbestos fibers at 0.3 um at 99.97 percent efficiency. Pre-filters and intermediate stage filters are required upstream of the HEPA.

    e. NPE units shall be designed to maintain a minimum >0.03 in water gauge.

    f. Contractor shall provide a means to confirm the NPW units operated continuously (twenty-four (24) hours) until clearance has been approved.

    g. Contractor shall provide sufficient number of HEPA filters to maintain NPE units in proper working order and maintain consistent efficiency rating. If HEPA filters are changed during the job, NPEs shall be re-evaluated with DOP testing to assure tightness and performance efficiencies.

INITIALS: _____    _____
                    **Contractor**    **Barratt American**

Attachment "C" Scope of Work: 2A – Demolition and Abatement
CITYSQUARE
Barratt American

Page 7 of 12

    h.  NPE units shall be vented outside the workspace whenever possible. If NPE units are exhausted inside, air sampling and efficiency testing (DOP testing) shall be performed (minimum of one exhaust sample and one DOP test per unit) to assure proper operation of the units until clearance is approved.

    i.  Contractor shall provide brushes, dust pans, rubber squeegees, wire cutters, utility knives, handsaws (high-speed saws are forbidden), scrappers, mops, rags and sponges, etc. as required for abatement work.

    j.  Contractor shall provide temporary power equipped with GFCI protection.

    k.  Portable vacuum cleaners shall be equipped with HEPA filter.

    l.  Contractor shall use airless spray equipment with an adjustable nozzle for spraying encapsulates. Nozzle tip size and pressure adjustment shall conform to encapsulate manufacture's written recommendations.

    m.  Any additional equipment not specifically mentioned herein, which is used during an abatement job and is not regarded as integral to standard manual cleaning techniques, shall be submitted to Swinerton Builders for approval prior to use on the job.

9.  Personnel Protective Equipment

    a.  Contractor's employees, , Owner's representatives or visitors shall not enter and work inside a controlled/regulated area without wearing approved full body disposable protective clothing, including head, body and foot coverings consisting of materials impenetrable by asbestos fibers. The clothing shall be provided in sufficient sizes to accommodate movement without tearing.

    b.  Contractor shall provide its employees with safety equipment to conform to ANSI standards.

    c.  Contractor shall have a respiratory protection program, which conforms to the latest requirements for respiratory protection described in 29 CFR Part 1910.134, 1926.103 (Federal). Contractor shall provide only NIOSH approved respiratory protection and shall select respiratory protection in accordance with Federal and state asbestos regulations. Any departure from the specific task oriented respiratory protection recommendations in Section 1910.134 shall be accompanied with historical assessments to justify alternative respiratory protection.

    d.  ~~Continuous air supplied respiratory protection shall include filtration equipment and warning devices to provide Grade D breathable air as described in Compressed Gas Association Commodity Specification G-7.1. Compressors shall be equipped with carbon monoxide alarms. The intake on compressors used to provide the air shall be located upwind from any toxic external source and shall be equipped with a high temperature cut off alarm.~~

INITIALS: _Mul_ , _S_
               Contractor    Barratt American

F:\Agreed_Final_Scope_C_Abatement_August_24.doc
06/02

**Attachment "C" Scope of Work: 2A – Demolition and Abatement**
**CITYSQUARE**
**Barratt American**

**Page 8 of 12**

    c. ~~Air used to fill self-contained positive pressure or pressure-demand breathing apparatus shall be certified to meet Grade D breathing air requirements.~~

10. Controlled/Regulated Areas

    a. Contractors shall provide a controlled/regulated area meeting specifications of a critical barrier when performing asbestos demolition or renovation. The controlled area shall conform to the size needs of the job. Contractor shall design and build a containment structure according to best industry practices.

    b. Contractor shall verify the integrity and air-tightness of the controlled/regulated areas through a smoke test and a sustained negative pressure demonstration over time. The negative pressure demonstration should last a minimum of four (4) hours unless otherwise directed by Swinerton Builders.

    c. ~~Contractor shall be responsible for the twenty-four (24) hour security of the controlled/regulated area until clearance values are approved.~~

    d. Contractor shall not eat, drink, chew gum/tobacco, and smoke in a controlled/regulated area. These instructions shall be posted outside the controlled/regulated area and in the clean and equipment room.

    e. Contractor shall conduct an inspection of the controlled/regulated area twice during each shift and document in the daily log record.

    f. Contractor shall include in the emergency plan a provision to manage a breach in the controlled/regulated area. If a breach occurs, all work shall cease immediately and the area evacuated of all non-essential personnel while repairs are made to the containment area.

    g. The only approved openings into the controlled/regulated areas are for entry/egress, waste load-out and openings for the NPEs. Contractor will provide sufficient means of security to prevent unauthorized entry into controlled/regulated areas.

    h. Entry and exit from the controlled/regulated area shall conform to proper decontamination requirements.

    i. Contractor shall provide a sufficient number of six (6) mil 12" x 12" square sealed window opening into the controlled/regulated area to allow for complete visual inspection of the abatement work without entering the containment.

    j. Contractor shall utilize sufficient NPEs to continuously maintain a minimum of four (4) air changes per hour inside the abatement area.

    k. Contractor will use a continuous monitor to measure continuous negative pressure during abatement activities. The monitor will operate twenty-four (24) hours per day until the clearance values are approved.

INITIALS: _____ / _____
                  Contractor      Barratt American

Attachment "C" Scope of Work: 2A – Demolition and Abatement
**CITYSQUARE**
**Barratt American**

**Page 9 of 12**

    l.    Contractor will conduit sufficient area and personnel, NPE exhaust and decontamination clean room air monitoring to assure the integrity of the critical barriers and efficiency of containment.

    m.    Contractor shall properly sign all relevant openings within the vicinity of the controlled/regulated area and all openings or potential openings into the controlled/regulated areas.

    n.    Contractor shall not initiate any abatement work until the containment area has met all the conditions and has been inspected accordingly.

1) ~~Enclosures systems have been constructed, inspected, and tested by a Certified Asbestos Consultant or state equivalent licensed or authorized individual.~~
2) NPEs have been shown to operate properly.
3) All equipment for abatement, cleanup and disposal are at the job site.
4) All workers performing the abatement work have been trained and training records verified.
5) All control systems (i.e. signs, barricades, air monitors, NPE monitors, visual inspection windows, decontamination structures, etc) and procedures are in place.
6) Decontamination procedures are in place.
7) All notifications to building occupants, agencies, employees, etc. have been completed.
8) The minimum notification dated (normally 10 days) has expired.
9) Emergency procedures are in place.

11. Decontamination Procedures:

    a.    Contractor shall provide a decontamination enclosure system at each location where workers will enter or exit a controlled/regulated area. The size and configuration of the decontamination will depend upon the volume of asbestos removal.

    b.    For full containment areas, the Contractor shall provide a full size; three chambers decontaminate enclosure configured with an equipment drop chamber, an intermediate shower chamber followed by a clean room chamber. The walls of the decontamination chamber shall be lined with 6-mil polyethylene provides for an airlock separating each chamber.

    c.    Gray water used for abatement shall be collected and disposed as asbestos waste. Gray water used for the shower shall be collected and filtered prior to discharge using a minimum 0.5-micron filter.

    d.    During the off-hours, a locking entrance to the clean room shall be provided to prevent inadvertent entry into the controlled/regulated area.

    e.    For mini-enclosures removing Class I and III asbestos materials, the decontamination procedures shall be similar procedures as full containment. An alternate system to the three chamber decontaminating station may be considered by utilizing two sets of Tyvek per employee and providing a change room and wash area adjacent to the controlled/regulated area.

INITIALS: _____  /  _____
                            Contractor     Barratt American

Attachment "C" Scope of Work: 2A – Demolition and Abatement
CITYSQUARE
Barratt American

Page 10 of 12

    f.    For all other applications (i.e. glove bag removal, miscellaneous or Class II asbestos abatement) the Contractor may design a modified decontamination procedure. Glove bags shall be prepared for disposal using a HEPA vacuum-to-vacuum seal the bag.

    g.    Equipment used in the asbestos abatement project will not be permitted to leave the controlled/regulated areas without a thorough decontamination. NPE units will be cleaned, the filters removed, or all opening covered with 6-mil polyethylene before leaving the controlled/regulated areas.

    h.    The complete decontaminate layout/procedure shall be submitted to the Swinerton Builders Project Superintendent for review prior to asbestos abatement.

    i.    Any residual construction surface containing asbestos in a non-friable state shall be immediately wrapped to prevent inadvertent release of asbestos fibers.

12. Area/Personnel Air Monitoring:

    a.    Contractor shall conduct representative personnel air samples during Class I, II & III abatement activities.

    b.    Contractor will conduct sufficient area and personnel, NPE exhaust and decontamination clean room air monitoring to assure the integrity of the critical barriers and efficiency of containment.

    c.    Contractor shall conduct or arrange for air monitoring in accordance with acceptable methods as required in NIOSH Procedure 7400 or equivalent. For prevalent or ambient samples, a high volume air sampler shall be used.

    d.    Air sample results shall be analyzed by an American Industrial Hygiene (AIHA) Accredited Laboratory.

    e.    Documentation of air samples shall include:

1) Air sampling procedures including sampling times, locations, documentation of pre and post calibration of equipment, detailed description of work conditions, description of worker protection and any atypical work conditions.

2) Air sampling analysis procedures including sample identification, sample duration, sample flow rate, total air volume, total fibers counted, blanks, type of analysis and fiber count.

3) Sample results shall be made available daily to Swinerton Builders. The Contractor shall conduct appropriate sampling before, during and after the job to assure and verify work performance with this specification. Minimum sampling protocols shall be discussed with Swinerton Builders before the work starts.

### A.2   WASTE MANAGEMENT PRACTICES

1. Contractor shall utilize acceptable methods for managing asbestos waste.

2. Asbestos containing materials shall not be dropped inside the controlled/regulated area without being completely saturated with amended water.

INITIALS: _____   /   _____
              Contractor      Barratt American

**Attachment "C" Scope of Work: 2A – Demolition and Abatement**
**CITYSQUARE**
**Barratt American**

**Page 11 of 12**

3. All waste discarded in the equipment drop room shall be properly bagged, labeled and managed as waste. Asbestos shall be visibly wetted.

4. Waste load-outs shall be constructed similar to decontamination units and designed to prove a critical barrier between the controlled/regulated area and the outside. Openings into and from the waste load-out corridors shall be equipped with airlocks.

5. Air samplings shall be conducted outside the waste load-out corridors to assure the integrity of the critical barrier.

6. Disposal containers shall conform to waste handling and DOT requirements. Asbestos shall be contained in double 6-mil plastic bags or single bags inside polyethylene lined fiberboard drums with locking ring tops. Asbestos bags shall not be filled more than ½ full to prevent puncture and rupturing. Large asbestos construction debris, which does not fit inside a standard waste 60" square bag, shall be double wrapped in 6 mil and secured with duct tape for transport to an approved disposal site. Asbestos shall be doubled bagged and the bag opening tied/taped in a "goose neck" fashion prior to disposal. Bags shall be cleaned before leaving contaminated areas and transported through the waste load-out corridor.

7. The waste load area is not a substitute for entry and exiting from the controlled/regulated areas.

8. Contractor is responsible to assure the waste transporter transports the waste to the appropriate disposal unit.

9. The Owner shall sign all manifests only. A copy of each asbestos waste manifest shall be given to Swinerton Builders for its records.

### A.3 FINAL CLEARANCE STANDARDS

1. Contractors shall utilize best industry practices in maintaining a clean work site throughout the duration of the project. This means on a daily basis, all visible loose asbestos containing debris shall be picked up and properly containerized.

2. The Contractor shall utilize best management practices for providing and applying final lock-down materials following a thorough asbestos abatement.

3. The Contractor shall conduct aggressive clearance testing. Clearance testing shall consist of a minimum of 5 PCM airborne samples, except where TEM is required on an AHERA project. If the PCM values are all less than 0.01 f/cc, the job is complete. If any of the samples exceed 0.01 f/cc, the sample will be tested with TEM to determine asbestos content and quantity. If the sample is negative for TEM (defined as less than 70 s/mm2 or 0.02 f/cc), the area shall be considered clean for re-occupancy. Air sampling for clearance shall follow prescribed NIOSH Standard Analytical Method 7400 and EPA 40 CFR Part 763, Appendix A to Subpart E.

4. If the air sampling demonstrates a dirty work space (>PCM or TEM values), the Contractor, at its own expense, will conduct a repeat thorough cleaning of the affected area, obtain a repeat inspection and repeat the aggressive clearance testing until the area clears the final standard.

INITIALS: _____    _____
Contractor          Barratt American

F:\Agreed_Final_Scope_C_Abatement_August_24.doc
06/02

**Attachment "C" Scope of Work: 2A – Demolition and Abatement**
**CITYSQUARE**
**Barratt American**

**Page 12 of 12**

5.  The PCM samples shall be collected during and following aggressive air sampling consisting of blowing the affected area with high volume fan or similar device.

6.  Swinerton Builders and Owner reserves the right to request additional clearance sampling and designates the type of asbestos analysis (i.e. PCM or TEM), as part of the final clearance testing protocol.

7.  NPE units will continue to operate and maintain the minimum negative pressure within the containment area until final clearance standards are satisfied.

8.  If a repeat cleaning and air testing fails the final clearance standards, the Contractor shall meet with Swinerton Builders and Owner to determine the resolve the issue.  Additional cleaning and testing is at the Contractor's expense until the final clearance standards are satisfied.

**B.    EXCLUSIONS:**

1. Machine earthwork (by Earthwork Contractor) No exclusions noted.

2. Removal of curbs on 2nd st. and Orange st.

3. Underground utilities, utility structures.

INITIALS: _____    _____
              **Contractor**           **Barratt American**

F:\Agreed_Final_Scope_C_Abatement_August_24.doc
06/02

**City Square**                                                     **Cost Code: 02-2100**
**Barratt American**
**Date: August 24, 2006**
**Page 1 of 3**

**EXHIBIT D-1**
**SCOPE OF WORK**
**EARTHWORK**

This attachment shall not limit more stringent requirements found elsewhere in the contract documents unless specifically listed as an exclusion below.

**A.    Furnish and install all EARTHWORK work, including but not limited to:**

1. Furnish all labor, material and equipment to complete all earthwork as described in and shown on the contract documents, the full contents of which are listed in Attachment "B" Document List of the Subcontract Agreement. Complete work that is currently shown, and that which can be reasonably anticipated to be included for this project. No exclusion from limitations in plans and specifications shall be reason for omitting the appurtenances or accessories necessary to complete this work. No Change Orders shall be issued to Subcontractor unless the Owner revises the scope of work shown on the contract documents.

2. Site ~~clearing,~~ and demolition will be performed under Work Package 2A.

3. All mass excavation and ~~backfill~~ work, including off-haul of excess material or import of approved fill. ~~Removal of unsuitable material. Backfill at the pads~~

4. ~~Make all required curb cuts.~~

5. Fine grade under the building and the site to +/-0.10 foot of the required subgrade elevations.

6. Subgrade preparation for walks, drives and streets, +/- 0.1 foot.

7. ~~Site grading for planted areas, +/- 0.1 foot.~~

8. ~~Stripping, stockpiling, and replacement of topsoil.~~

9. ~~Spread and compact fill material as needed to attain the grades indicated in the Documents. Suitable fill soil will be delivered to the site by others. This contractor shall coordinate delivery and take full responsibility for the handling of the material once it is deposited on site. If the source of fill soil proves to ve un reliable or inadequate to meet the project needs, Contractor agrees to import soil at an added cost of $ 3.82 per cubic yard in place.~~

10. Provide water necessary to achieve subgrade compaction requirements.

11. ~~Backfill compaction shall be a minimum of 90% or in accordance with The Geotechnical Report, whichever is higher.~~ Backfill compaction shall be in conformance with the Geotechnical Report.

12. Provide regular dust control and cleanup of perimeter streets while on site. Provide wheel wash area. ~~Wash wheels of all equipment leaving the site.~~ Streets must remain clean each day. Use street sweeper, water truck and hand sweeping as allowed by the City and as necessary to keep streets clean.

INITIALS: _____  /  _____
            Contractor          Barratt American

F:\Agreed_Final_Scope_C_Earthwork_August_24.doc
06/02

**Attachment "C" Scope of Work: Earthwork**                                              02200
**Job Name/Location**
**Swinerton Builders Job No. _____**
**Date**
**Page 2 of 3**

13. ~~Dewatering and control of site rainwater.~~

14. Anticipate normal rainfall and handling of wet material to minimize impacts to Project Schedule.

15. Pad Certification is by Project Surveyor. Whillock will assure grade is met +/-0.1. Pad 8 is where Whillock is using the crusher, after their removal of crushed rock, Whillock shall grade pad to meet pad Certification. Pad Certification will take place after Whillock grades the pad.

16. Provide all-weather protection of work. Develop and implement an erosion control plan in accordance with city requirements.

17. ~~Grade cleared portion of site so that water drains to a sump pit. Dig sump pit and fill with gravel. Coordinate pit sizes and location with Civil Engineer. Provide silt fence and hay bales as required. Include implementation and maintenance of the Storm Water Pollution Protection Plan – SWPPP (to be provided by Owner/Civil Engineer).~~ Whillock Contracting is responsible for the placement of SWPPP and maintenance of SWPPP as needed during the duration of their scope of work.

18. Maintain and protect all existing underground utilities. Coordinate with Owner, utility companies and USA Underground to locate and identify any utilities that interfere with excavation work prior to the scheduled work start. Utilities, if so identified to the Project Superintendent, will be relocated by others.

19. ~~Provide traffic control (vehicle and pedestrian) necessary to complete work including flagmen.~~ Whillock will coordinate with Paul Hanson to establish a Traffic Control Plan. If Flagmen are required Whillock will provide as needed for their scope of work.

20. Provide three move-ins and move-offs.

21. Staking and layout of lines, grades and elevations for subgrade preparation. ~~A single elevation benchmark and control lines at a pair of grid lines will be provided by others.~~ Coordinate layout and elevation control requirements with Project Surveyor.

22. Contractor has confirmed their knowledge and understanding of the soils report prepared by Refer to the Document List.

23. Attachment "C" (ST) Scope of Work: Standard Scope Attributable to All Trades in addition to this trade specific scope.

B.  **EXCLUSIONS:**

1. Shoring and underpinning (by Shoring Subcontractor).

2. Contaminated material (by Owner).

3. Site utilities work (by Site Utility Subcontractor).

INITIALS: _____          _____
          Subcontractor          Swinerton Builders
                                 BALLATT AMERICAN

F:\Agreed_Final_Scope_C_Earthwork_August_24.doc
06/02

**Attachment "C" Scope of Work: Earthwork**                                           **02200**
**Job Name/Location**
**Swinerton Builders Job No. _____**
**Date**
**Page 3 of 3**

4.  Vaults, walls, footings, etc., in small sections in conjunction with installation of the shoring system (by Demolition Subcontractor).

5.  Layout of control grid and elevation benchmark (by Project Surveyor).

6.  Landscape mounds (by Landscape Subcontractor).

7.  Paving and pavement markings (by Paving Subcontractor).

8.  Base rock, sand and vapor barrier at slabs on grade (by Concrete Subcontractors).

9.  Site concrete including valley gutter, vertical curbs, hinge slabs, and curbs and gutters (by Site Concrete Subcontractors).

10. Dewatering (by Dewatering Subcontractor).

INITIALS:  _TMW_  /  _WB_
           Subcontractor    Swinerton Builders

                            _BARRATT AMERICAN_

## Exhibit "E"

### Insurance Requirements & OCIP Addendum

### Insurance & Bonding Requirements

**Insurance provided by Barratt:**
- o  Global wrap that covers all Barratt Projects on a close of escrow basis.
- o  The Primary Policy is issued by Aspen Insurance, providing a $4M aggregate; $4M completed operations with $2M per occurrence.  There is no Self-Insured Reserve (SIR) passed on to the Contractor.
- o  Three layers of excess, on a following form basis, with limits of $10M; $15M & $25M.  The carriers are Lloyds, XL Europe and General Securities of AZ.

<u>Insurance</u> – OCIP Policy to be sent under separate cover, but attached hereto as additional pages to Exhibit "E"

**Insurance required by Contractors:**

A.  All vendors/subcontractors are required to file Certificates of Insurance, properly completed and signed by an authorized insurance company representative, <u>BEFORE</u> their work commences on the job site.  <u>No work shall commence until the acceptable certificates are on file with Barratt American.</u>  Such certificates shall specify that the insurance coverage shall be applicable to all operations of the contractor.  Such certificates shall state that there will be no cancellation, reduction or modification of the coverage without THIRTY (30) days prior written notice.  Wording "endeavor to"…"but failure to mail such notice shall impose no obligation or liability of any kind upon the company, its agents or representatives" should be deleted from the certificate.  If your carrier will not "X" out the wording, we then need a 30-day <u>endorsement</u> attached to the certificate.  Each insurance policy shall be with an insurance company authorized to do business in the State of California and <u>rated not less than the A.M. Best's Rating of A.</u>

B.  Vendor or subcontractor shall, at its expense, procure, carry, and maintain in force, insurance on all of its operations on BARRATT AMERICAN projects.  This insurance shall include, but not be limited to, the following coverage:

    1.  Workers' Compensation and Employer's Liability Insurance as required by any applicable law, regulation, or statute.

    2.  Premises Liability.

    3.  Automobile Liability including owned, non-owned, and hired automobiles or any auto.

C.  <u>POLICY LIMITS</u>
    1.  Workers' Compensation Statutory.
    2.  Premises Liability $1,000,000 per occurrence.
    3.  Automobile Liability Bodily Injury $1,000,000 per occurrence, Property Damage $1,000,000 per occurrence or $1,000,000 combined single limit.

D.  **BARRATT AMERICAN INCORPORATED, and/or any Joint Venture and/or Partnership shall be named as Additional Insured on the Premises Liability Policy.**  Additional Insured endorsement to be attached to Certificate.  The policy shall also provide a Primary/Non-Contributory endorsement which language states the following:

    *"Such insurance as is afforded by this policy for the benefit of Barratt American Incorporated shall be primary insurance as respects any claims, losses, or liability arising directly or indirectly from the subcontractor's operations and any other insurance maintained by Barratt American Incorporated shall be excess and not contributory with the insurance provided hereunder."*

    Such insurance shall not contain any exclusionary language nor limitations that are applicable to the additional insured that are not applicable to the named insured.

E.  Description of Operations should state "All Operations"

F.  Certificates <u>MUST</u> state that the coverage and limits noted above are being provided, <u>MUST</u> be approved prior to the commencement of any work under the subcontract and, <u>MUST</u> be kept current to ensure payment of your invoices.  <u>SEND CERTIFICATES TO:</u>  BARRATT AMERICAN INCORPORATED 5950 Priestly Drive, CARLSBAD, CA, 92008 ATTN: Juanita Casas, fax (760) 929-6424 (ORIGINALS MUST FOLLOW BY MAIL)

G.  All vendors and subcontractors must provide 1099 and W-9 Forms.

H.  Note also, the Contractor will be required to be enrolled in Barratt's Wrap Policy.

<u>BONDING REQUIREMENTS:</u> - NONE AT THIS TIME.

_____
    Contractor's Initials

_____
    Owner's Initials

**Exhibit "E-1"**

**OCIP Enrolment Form**

## Owner Consolidated Insurance Program – OCIP Enrollment Application

**Community Name:**                  City Square                    **Date:**    8/24/06

**Community City:**                  Escondido

**CONTRACTOR INFORMATION**

**Subcontractor Name:**    Whillock Contracting, Inc.
                                    *(Legal name for Insurance Certificate)*

**Subcontractor Address:**    P.O. Box 2322

                              La Mesa, CA  91943-2322

**Subcontractor Phone #:**    619-579-0700          **Fax #:**  619-579-0955

**Contact Person:**  Tory Whillock       **Contact Person's Title:**  Secretary

**Federal ID#:**    33-0359478           **Unemployment ID#:**  3779876-6

**Estimated Start Date:**    7/6/06

**Description of Your Work:**    demolition & grading

**General Liability Insurance Credit (bid deduction):**    -0-   contract @ net value
                                    *(Contract bid and change orders must be "net" of this amount)*

**Type of Business:**    ☐ Partnership    ☒ Corporation    ☐ Limited Liability Company    ☐ Sole Proprietor

**SUB-TIER SUBCONTRACTOR INFORMATION**

Will you subcontract any work under this contract to any entities who will be performing work at the Community?
☒ Yes        ☐ No

If yes, list" sub-tier subcontractors:

1. ASE Contracting, Inc. _____          Robert Contreras
                Name                                      Contact

   1985 Friendship Dr., Ste. J, El Cajon, CA  92020     619-258-7290
                Address                                      Phone

2. _____          _____
                Name                                      Contact

   _____          _____
                Address                                      Phone

_PW_  Contractor's Initials          Page 48 of 61          _____ Owner's Initials

### Exhibit "F"

## Construction & Customer Service Operational Guide for
## Contractor, Subcontractors, Vendors, & Suppliers

Barratt American Incorporated, as the Owner, wants you to understand and share in certain goals for the conduct of mutual business. We value our customers highly and are proud of the projects we build for them. Putting together a fine home or any construction project is a complex process. We strive to make it a safe and satisfying one – first for the customer and secondarily for you, the subcontractor, vendor, or supplier, therefore, Barratt American Incorporated includes the following requirements and information:

1.  **CUSTOMER / CLIENT RELATIONSHIP:** We have been entrusted by our customers and are committed *to* provide to their satisfaction a quality product and excellent service. We are your customer and expect that same. We both exist for and because of the trust and commitment of our customer. We expect your dealings to be with us and directly with our customer only with our expressed approval during the construction period, and to neither sell nor solicit goods or services directly to our customers during this time.

2.  **JOBSITE PROTOCOL:** As part of the Barratt American team, we expect the utmost mutual respect be shown between fellow subcontractors and to all Homeowners. Workman's appearance should be clean and neat and language used must be proper. Use of foul language, inappropriate dress, or offensive activity exhibited on the site or in the presence of a Barratt customer, will be grounds for immediate dismissal from the job site.

3.  **CLEAN JOBSITE:** A clean, attractive jobsite keeps your workplace more pleasant and safe. Leave the worksite broom clean after each day of completion and "straightened" after a day's work. At no time will food wrappers or unhealthy rubbish be allowed, on the building sites, home interiors, or grounds. Construction trash may be placed in Trash Bins provided for jobsite use, however, contaminants of any kind are not acceptable. The subcontractor (employee) responsible for the rubbish is subject to $100.00 fine. CLEAN UP YOUR OWN MESS.

4.  **ZERO DEFECTS:** Time and care taken to do each task(s) reduces the risk of injury to you and damage to our customer's property. We have a "Zero Defect" program, which simply means our goal is to "do it right the first time." There is always time to do it right, but seldom time (or money) to do it twice. Protect all cabinet surfaces, counter surfaces, tubs, appliances, etc. Damage and negligence cost you and us thousands of dollars annually, and is a disservice to our homeowners.

5.  **SMOKING:** Out of respect to our customers, we must ask that NO SMOKING be allowed in any home beyond the foundation/ slab stage.

6.  **NOISE & PETS:** During your time on the jobsite we ask that you keep the volume down on any radios, tape players, and so forth, to a level that will not be heard past the property line. Please refrain from bringing any animals onto the job site.

7.  **STREET TRAFFIC:** As our homes are built in the neighborhoods with many children present, please limit vehicle speed to posted speed limit or 10 mph.

8.  **DIRTY SHOES:** Please be sure to wear shoe covers when entering a home that has reached the point where permanent floorings are down.

9.  **PARKING:** We cannot allow you to park any vehicles on finished drives or walks (asphalt or concrete) or any area that has been graded for sod.

    <u>DO NOT</u> PARK ON FINISHED DRIVEWAY, PERIOD.

10. **DAMAGES:** You are responsible for any damages you inflict to a home and will be billed for any necessary repairs – so be careful, please!

11. **ACCEPTANCE OF CONTRACT SERVICES:** We expect subcontractors, suppliers, and vendors to be professionals. Your bid, as accepted, includes those items detailed by plans and specifications and these operational guidelines.

12. **WORKMANSHIP AND PRODUCT QUALITY:** The demands in quality are simple: Only premium grade materials, products, and workmanship are accepted, specific to the job specifications. Inferior workmanship or products will be rejected, immediately. The determination of whether any building phase or item is acceptable is exclusively that of Barratt American Incorporated. All high quality standards and specifications will be strictly adhered to. Flaws are not acceptable; correction(s) will be made immediately.

## Exhibit "F"

### Construction & Customer Service Operational Guide for
### Contractor, Subcontractors, Vendors, & Suppliers – Cont.

13. **SCHEDULING:** Setting and maintaining a work schedule is beneficial to all. Your bid and our acceptance presume delivery on specific schedules. Do not plan; accept work, or delivery of goods, if you cannot maintain the expected schedule. We reserve the right to replace or contract with others to complete any task, charging back cost of same to the original contractor if the original contractor has:

    a.    not communicated any delays in excess of two days,
    b.    been missing off the job when scheduled for more than two (2) days, and
    c.    performed inferior quality of work by normal construction standards.

Acts of God, war, civil unrest, substantial materials shortages, or weather are the only exceptions.

14. **EXTRA CHARGES:** As professionals, you have reviewed the plans and specifications and your bid reflects full understanding of same. We commit to our customer based on your bid. Extra charges are only expected for change orders.

15. **CHANGE ORDERS:** Changes are an opportunity to enhance our customer's satisfaction. You will receive a purchase order for the agreed amount. Payment for this will be with original purchase order terms.

16. **WARRANTY:** In accepting and performing work, or providing products, subcontractors, vendors and suppliers agree to warrant their work for one year from the date of close of escrow, unless the lot stands in inventory for more than 60 days after completion, wherein, the warranty period will commence upon the filing and recording of a Notice of Completion.

17. **SAFETY:** Please be advised that as independent contractors, you will abide by all the latest adopted Barratt American and O.S.H.A. safety standards. Please familiarize yourself with, and comply with the latest codes and adopted regulations. All appropriate safety rules as published by OCIP, O.S.H.A. and Barratt American will be observed at all times on a Barratt American project. No exceptions. Contractor/supplier is responsible to furnish its employees with all appropriate equipment for performance of the contract parameters.

Hard hats are required on all Barratt American, Inc. projects per O.S.H.A. regulations. A citation back chargeable the contractor or supplier involved will be issued for each occurrence breaking this regulation. Enforcement could include a $50 fine (per incident) for non-adherence to this policy.

Creating a dangerous condition that is not immediately remedied is prohibited. Immediate dismissal of employee(s) from the neighborhood and "Red Tagging" the dangerous situation will be put in force immediately until the dangerous condition is permanently corrected.

Barratt American is extremely serious about the enforcement of the scopes, and expects you will appreciate the value to our customers, and the way(s) in which it will improve your work environment. Therefore, the undersigned agrees to the terms and conditions listed above for operational guides.

## Exhibit "G"

### Contractor Safety, Health, and Environmental
### Minimum Performance Standards (MPS)

Barratt American constantly strives to provide a safe and productive work environment. The following items are intended as a guide to help improve Contractor compliance with environmental, health, and safety laws and recognition of safe work practices. This section is not intended as a complete safety program in itself. Contractor is required to conduct a complete Safety and Injury Prevention Program (IIPP) in full cooperation with Barratt American program.

#### A. General Expectations
Contractors shall develop and maintain safety, health and environmental programs and procedures that meet or exceed Federal, State, and Local laws, regulations and standards. They shall also agree to comply with any Owner and/or Barratt American site-specific requirements. The contractor shall be able to provide reasonable documentation to demonstrate compliance with minimum performance standards (MPS).

Contractors shall make Barratt American immediately aware of any unique safety, health, or environmental concerns related to their work and make timely efforts to notify other affected contractors working on site and protect the public from hazards.

The MPS compliance shall be expected of any additional tier subcontractors under the first tier subcontractor's control. Contractors shall be responsible for the content and cost of any training required by the MPS, and shall document that the training is completed before the job starts.

Contractors shall be responsible for costs related to fines and citations issued by regulating agencies to them and others caused by or related to their work.

Contractor shall perform and document pre-task planning to identify any hazards related to their work. This shall be available for inspection by Barratt American at any time.

#### B. Staffing Requirements and Expectations

A designated safety person (DSP) shall be assigned to coordinate project safety requirements regardless of staffing levels. If the project requires more than one shift, each shift will require a DSP. The DSP shall be trained in emergency procedures. If the project develops a Safety Committee, the contractor shall make a representative available to participate in committee activities.

Contractor shall provide an adequate number of first aid trained people to respond to emergency events. Barratt American shall be notified of any changes in First Aid/CPR staffing during the project. Contractors shall provide Barratt American a site-specific emergency plan identifying CPR/First Aid staff, First Aid equipment, and the nearest medical clinic or hospital.

A full time Safety Professional acceptable to Barratt American will be provided when contractor-staffing levels reach 100 employees.

#### C. Orientation and Training
Contractor's employees shall receive a site-specific orientation at initial assignment.

Contractors shall document employee attendance at site-specific safety orientation and make a copy available to Barratt American. In addition, Barratt American and other contractors should be made aware of any special training required as a result of their activities.

Contractors are responsible for all safety, health and environmental training related to their work.

#### D. Safety Meetings
Contractors will conduct their own safety meetings as required by law. Contractors are to provide Barratt American Project Superintendent with a copy of their safety meeting reports.

#### E. Barricades and Perimeter Protection
Contractors shall assure that all their jobsite personnel understand that removal of barricades and other perimeter protection must have prior approval of Barratt American Project Superintendent. Contractor's personnel are responsible for any barricade or perimeter protection removed because of their work. Contractor will be solely responsible for work safety during the period of temporary removal.

Contractor's Initials          Page 51 of 61          Owner's Initials

## Exhibit "G"

### Contractor Safety, Health, and Environmental
### Minimum Performance Standards (MPS) – Cont.

**F. Injury and Accident Report**
Under the Terms and Conditions of Barratt American Contract Agreement, all Contractors are required to notify Barratt American Project Superintendent immediately of any incident/accident and furnish, within 24 hours, a written report. Notification shall include copies of any reports of any injury to their employees and/or accidents involving other people or property damage caused by their actions. Contractors should have post-incident drug testing procedures.

In the event of media involvement, contractors will cooperate with Barratt American or Owner Crisis Management efforts.

**G. Audits and Inspections**
Contractors shall conduct and document daily safety audits of their work areas and shall cooperate with any regulatory agency consultation or compliance inspections.

**H. Enforcement**
A plan for disciplinary action for violation of known safety requirements shall be part of contractor's IIPP.

**I. Fire and Flammable Material**
The following items represent basic fire control procedures to be followed by all Contractors:

1. Flammable liquids and/or combustible solids are to be stored only in properly labeled, approved, closed, secured metal containers.
2. Combustible waste materials are to be picked up and properly disposed of at least once a shift and more often if necessary.
3. Locate extra fire extinguishers near welding operations.
4. Oxygen and acetylene cylinders are to be secured upright, stored separately (20' or more apart) and away from other combustible materials.
5. Control or contain welding, cutting, or grinding sparks; if necessary, provide a fire watch.
6. Barratt American shall be notified immediately of any explosive material brought on the project site.
7. The amount of flammable/combustible liquids stored for use in temporary containers shall be limited to what will be used in one shift.

**J. Housekeeping**
Each Contractor is responsible for cleanup and removal of their debris, excess material, trash, and tools on a <u>daily</u> basis. All work areas shall be kept clean at all times. Failure to perform this function will result in the Contractor being charged for cleanup being performed by others.

**K. Hazardous Waste**
Contractor is responsible for the generation, management, and proper disposal of any flammable explosives, ignitable liquids, radioactive materials, toxic substances, or any related materials or substances, including, without limitation, any substance defined as or included in the definition of "hazardous wastes" under any applicable federal, state or local law, regulation or ordinance.

The contractor agrees not to bring hazardous wastes on site or generate hazardous waste without the knowledge and consent of Barratt American.

**Exception:** Small quantities, (less than 4 liters total and 1 liter in any single container) AND the hazardous materials are totally consumed or removed during the shift. In this case the work must be performed without any emission or discharge to the air, soil, storm drains, or exposure to other workers.

Contractors are responsible for Proposition 65 (California only) notification requirements, codes and regulations, and for maintaining a list of all materials containing hazardous substances. A complete list of these materials and copies of the MSDS (Material Safety Data Sheet) are to be given to Barratt American no later than the first day said materials are brought on the site.

Contractors are responsible for training and documenting their employees training in the proper safety precautions for use and disposal of said materials. Furthermore, Contractors using hazardous materials shall notify other Contractors' field supervisors and employees of their use and maintain proper controls to eliminate their exposure to said materials. It shall be the responsibility of the Contractor to maintain all hazardous substances in properly identified containers kept in properly controlled areas. The removal from the site of excess materials or disposal of waste materials is the sole responsibility of the Contractor.

## Exhibit "G"

### Contractor Safety, Health, and Environmental
### Minimum Performance Standards (MPS) – Cont.

**L. Project Safety Inspections and Enforcement**
Safety Hazard Notices will be sent to Contractors observed violating safety regulations. Failure to correct conditions that are noted on a safety hazard notice places the offending Contractor in violation of their contract. This may result in progress payments being withheld until the conditions noted are corrected. If the hazard is serious, Barratt American may be forced to stop all of the offending Contractor's work activities until the hazard is corrected at the Contractors expense.

Contractors will be directed to remove from the project, any employee who refuses to comply with or has been repeatedly observed violating safety regulations.

**M. Temporary Power**
Temporary power 15 and 20 amp. service shall be protected by Ground Fault Circuit Interrupters (GFCI).

Temporary power cords shall be heavy-duty construction grade, NO JUNIOR GRADE CORDS will be allowed on site.

**N. Worker Safety**
All Contractors' agents shall be dressed in appropriate clothing when entering jobsite, including long pants, rubber soled shoes, safety glasses (when required) and hardhats. Sleeveless shirts and open-toed shoes will not be allowed. Contractors' agents include field personnel, management, vendors, second tier subs and visitors.

The Contractor agrees to provide personal protective equipment (PPE) and adequate training for the use of PPE to all of their employees as required by applicable OSHA standards. Barratt American is not responsible for providing hardhats, work gloves, goggles, etc. to anyone but their own personnel.

**O. First Aid**
Contractor's field crew must have a First-Aid kit and immediate access to a medical facility for use in an emergency. An effective emergency communication system is the responsibility of the Contractors for their activities.

**P. Storm Water Quality Control**
Contractors shall train their employees on Best Management Practices (BMPs) to prevent erosion and silt infiltration into storm drains.

Contractors shall abide by all storm water preventative measures implemented at any Barratt American project site.

**Q. Competent Person**
Contractors providing any activity such as, but not limited to the following: excavation and trenching, confined space, scaffold erection, asbestos, fall protection, bolting and riveting, slab construction operations, etc, shall provide a competent person, the requisite possessing and demonstrating knowledge, training, and abilities and duties to identify existing and predictable hazards and possess the authority to impose prompt corrective measures to mitigate the hazards.

Competent person shall be readily available and on-site during any of the referenced activities above.

**R. Air Quality**
Contractors shall implement Best Management Practices to minimize airborne dust, dust clouds, fugitive solvent emissions, noxious odors, and toxic air contaminates for both indoor and outdoor activities during any/all construction related activities.

BARRATT AMERICAN INC

By: _____
Name: Project Manager
Date: _09.07.06_

WHILLOCK CONTRACTING, INC.

By _____
Name: Authorized Signatory
Date: _8-24-06_

_____ **Contractor's Initials**

_____ **Owner's Initials**

**EXHIBIT "H"**

**Not Used**



## EXHIBIT "I"

## ADR ADDENDUM

     This ADR Addendum ("Addendum") is attached to and incorporated in that certain Agreement Scope of Work and Special Provisions ("Agreement") between Barratt American Incorporated, a Delaware corporation ("Owner") and Whillock Contracting, Inc. ("Contractor"). In the event of any conflict, inconsistency or ambiguity between the terms and provisions of this Addendum and those of the Agreement, this Addendum shall govern. Where any article, paragraph or subparagraph of the Agreement is modified or deleted by this Addendum, the unaltered provisions of that article, paragraph or subparagraph shall remain in effect. The terms and provisions of the Agreement are hereby modified as set forth below.

**Article 1:    Alternative Dispute Resolution**

. The purpose of this Addendum is to provide an expedited means of resolving any disputes between Owner and Contractor arising from or relating to this Agreement ("Disputes"). Initially, the parties will attempt to resolve any *Dispute*. If the *Dispute* cannot be resolved between the parties in this manner, the parties will proceed to mediation, according to the procedures set forth below. If the matter is not resolved by the mediation process, it will be decided through the arbitration procedure as set forth below.

**Article 2:    Mediation**

2.1    Disputes Subject to Mediation

. Except for Disputes involving defect claims made by owners of the condominium units within the Project ("Homeowners") or by the homeowners association for the Project ("HOA") which are to be resolved through the non-adversarial statutory provisions set forth in Sections 910 through 938 of the Right to Repair Act (as defined below), no Dispute may be commenced until the matter has been submitted to Judicial Arbitration and Mediation Services ("JAMS"), or its successor, for mediation.

2.2    Commencement of Mediation

. Either party may commence mediation by providing to JAMS and the other party a written request for mediation, setting forth the subject of the Dispute and the relief requested. The parties will cooperate with JAMS and with one another in selecting a mediator from JAMS' panel of neutrals, and in scheduling the mediation proceedings. The parties covenant that they will participate in the mediation in good faith. Owner and Contractor will each bear fifty percent (50%) of the costs of the mediator and any mediation fee charged by JAMS. Each party to the mediation, shall bear its own attorneys' fees and costs in connection with such mediation.

2.3    Effect of Offers and Statements In Connection With Mediation

. All offers, promises, conduct and statements, whether oral or written, made in the course of the mediation by any of the parties, their agents, employees, experts and attorneys, and by the mediator and any JAMS employees, are confidential, privileged and inadmissible for any purpose, including impeachment, in any litigation or other proceeding involving the parties, provided that evidence that is otherwise admissible or discoverable shall not be rendered inadmissible or non-discoverable as a result of its use in the mediation.

**EXHIBIT "I"**
**ADR ADDENDUM cont.**

**Article 3:    Arbitration**

3.1    Agreement to Arbitrate

.   If a Dispute that involves Homeowner(s) and/or the HOA is not resolved through mediation or the statutory non-adversarial procedure, Owner and Contractor agree to resolve any and all Disputes exclusively through binding arbitration in the county in which the Project is located. This arbitration provision shall apply to Disputes of any kind or nature involving Homeowner(s) and/or the HOA regardless of when the Dispute first arose or the nature of the relief sought. Alternatively, either party may elect to resolve such Disputes through a small claims court proceeding, in which case the party filing the small claims action will have waived the right to any relief in excess of the jurisdiction of the small claims court. This arbitration provision shall not apply to Disputes that do not involve Homeowner(s) and/or the HOA.

3.2    Waiver of Trial by Judge or Jury

.   By agreeing to resolve the above Disputes through binding arbitration, Owner and Contractor each give up the right to have their respective claims and defenses decided by a judge or a jury.

3.3    Rules Applicable to All Cases

.   The arbitration will be conducted by JAMS in accordance with the JAMS rules ("JAMS Rules") then applicable to the claims presented, as supplemented by this Addendum. The following supplemental rules shall apply to all arbitration proceedings and shall govern in the event of a conflict between the rules set forth below and the rules of JAMS Rules.

3.4    Qualifications of Arbitrators

.   The arbitrator shall be neutral and impartial and either a retired judge or a member or former member of the California State Bar with at least 15 years experience as a practicing lawyer.

3.5    Appointment of Arbitrator

.   The arbitrator to preside over the Dispute shall be selected in accordance with the JAMS Rules, but no later than sixty (60) days after a notice of claim is filed.

3.6    Expenses

.   Owner and Contractor will each advance fifty percent (50%) of all fees charged by JAMS and the arbitrator. The arbitrator may direct the non-prevailing party in the arbitration to reimburse the prevailing party for the amount of any such advances of the JAMS fee and arbitrator's fee made by the prevailing party.

3.7    Preliminary Procedures

.   If state or federal law requires the Owner or Contractor to take steps or procedures before commencing an action in court, then the Owner or Contractor must take such steps or follow such procedures, as the case may be, before commencing the arbitration. For example, any claims or Disputes pursuant to California Civil Code Section 895 et. seq., as hereafter amended shall be subject to the non-adversarial procedures set forth in California Civil Code Section 910 through 938, prior to the initiation of any arbitration or small claims court proceeding. In addition, nothing contained herein shall be deemed a waiver or limitation of the provisions of California Civil Code Sections 1368.4, 1375, 1375.05 or 1375.1.

_____ Contractor's Initials                    Page 56 of 61                    _____ Owner's Initials

**EXHIBIT "I"**
**ADR ADDENDUM cont.**

3.8    Participation by Other Parties

. Owner and Contractor, to the extent either such party is defending a claim in the arbitration, may, if it chooses, have all necessary and appropriate parties included as parties to the arbitration, including any Homeowners and the HOA.

3.9    Rules of Law

. The arbitrator must follow California substantive law (including statutes of limitations) but may receive hearsay evidence. The arbitrator shall be authorized to provide all recognized remedies available at law or equity for any cause of action.

3.10    Attorneys Fees and Costs

. Each party shall bear its own attorneys' fees and costs (including expert witness costs) in the arbitration.

3.11    Additional Rules Applicable To Certain Cases

. In any arbitration in which a claim of Owner or Contractor exceeds $250,000 in value, the following additional rules will supplement the JAMS Rules and govern in the event of a conflict between the following rules and the rules set forth above, the JAMS Rules, or both.

3.11.1   Qualifications of Arbitrator

. In addition to the requirements above, the arbitrator shall be a retired judge of the California Superior Court, a California Court of Appeal, or the California Supreme Court.

3.11.2   Transcripts

. All hearings in which evidence is received must be recorded by a customary method so that a transcript of all testimony can be prepared. The cost of the recording shall be paid by the parties as further provided below and the cost of the transcription shall be paid by the appealing party.

3.11.3   Rules of Law

. The arbitrator must follow the California Evidence Code.

3.12    Written Decision

. Within thirty (30) days after the hearing is closed, the arbitrator must issue a written decision. If either party requests it, the arbitrator must issue a reasoned award.

3.13    Petition to Confirm Award

. Neither party may petition a court to enter judgment on the arbitration award until the other party's time to serve a notice of appeal, as set forth below, has expired.

3.14.   Procedure for Appeal of Certain Cases

. In any arbitration in which a claim of Owner or Contractor exceeds $250,000 in value, each party shall have a limited right to appeal the arbitration award as set forth below.

3.15    Right of Appeal

. There shall be no right to appeal unless the oral evidence received by the arbitrator was preserved in a manner that it can be converted to an accurate and reliable written transcript.

Contractor's Initials                Page 57 of 61                Owner's Initials

## EXHIBIT "I"
### ADR ADDENDUM cont.

**3.16    Appellate Arbitration**

.  An appeal shall be decided by one (1) neutral appeal arbitrator appointed by JAMS under the rules that govern appointment of arbitrators.  The appeal arbitrator must be a retired judge.

**3.17    Issues on Appeal**

.  The only issues that may be considered on appeal are: (1) the award of money was excessive; (2) the award of money was insufficient; (3) the arbitrator awarded non-monetary relief that was inappropriate; (4) a party who received non-monetary relief should have received other or additional relief.  The appeal arbitrator may affirm the arbitration award or make any alternative award he or she finds to be just, but must not reject the arbitrator's decisions (a) that a particular party is entitled to relief of some nature or amount or (b) that a particular party is responsible to provide relief of some nature or amount.

**3.18    Notice of Appeal**

.  To appeal an arbitration award, a party must serve written notice of the appeal on JAMS and all parties to the arbitration within thirty (30) days after mailing of the arbitrator's award to the parties.  The written notice of appeal must include a general description of the grounds for appeal and the relief requested.  A party who has received a timely notice of appeal may thereafter file and serve its own notice of appeal with sixty (60) days after mailing of the arbitration award to the parties.

**3.19    Expenses and Costs on Appeal**

.  The appealing party must advance all fees for the appeal and provide JAMS with a written transcript of the oral testimony, copies of all documentary evidence and all other tangible evidence received by the arbitrator.  If more than one party appeals, the appealing parties must share equally the JAMS fees and the cost of preparing and copying the transcript and all other evidence received by the arbitrator.  The appeal arbitrator may award costs of the nature provided in the Federal Rules of Appellate Procedure.

**3.20    Appellate Briefs**

.  The appeal arbitrator may receive written briefs from the parties and hear oral argument, but must not receive new evidence.  The appeal arbitrator must make his or her decision based only on the evidence that was presented to the arbitrator, except that the appeal arbitrator may visit any site involved in the Dispute.

**3.21    Decision on Appeal**

.  The decision of the appeal arbitrator shall be the final award in the case and shall be treated as the arbitration award for all purposes.

**3.22    Federal Arbitration Act**

.  Owner and Contractor acknowledge that because many of the materials and products incorporated into the home are manufactured in other states, the Agreement evidences a transaction involving interstate commerce and the Federal Arbitration Act (9 U.S.C. §1, et seq.) now in effect and as it may be hereafter amended will govern the interpretation and enforcement of the arbitration provisions of this Agreement.

_Contractor's Initials_                                         _Owner's Initials_

**EXHIBIT "I"**
**ADR ADDENDUM cont.**

3.23   AGREEMENT TO ARBITRATION AND WAIVER OF JURY TRIAL

.            ARBITRATION OF DISPUTES.  BY INITIALING IN THE SPACE BELOW,
OWNER AND CONTRACTOR AGREE TO HAVE DISPUTES DESCRIBED IN SECTION
3.1 DECIDED BY NEUTRAL ARBITRATION IN ACCORDANCE WITH THE FEDERAL
ARBITRATION ACT AND THE CALIFORNIA ARBITRATION ACT, TO THE EXTENT
THE CALIFORNIA ARBITRATION ACT IS CONSISTENT WITH THE FEDERAL
ARBITRATION ACT, AND OWNER AND CONTRACTOR ARE GIVING UP ANY
RIGHTS OWNER AND CONTRACTOR MIGHT POSSESS TO HAVE THE DISPUTE
LITIGATED IN A COURT OR JURY TRIAL.  BY INITIALING IN THE SPACE BELOW
OWNER AND CONTRACTOR ARE GIVING UP THEIR RESPECTIVE JUDICIAL
RIGHTS TO DISCOVERY AND APPEAL, UNLESS THOSE RIGHTS ARE
SPECIFICALLY INCLUDED IN THIS ADDENDUM.  IF OWNER OR CONTRACTOR
REFUSES TO SUBMIT TO ARBITRATION AFTER AGREEING TO THIS PROVISION,
OWNER OR CONTRACTOR MAY BE COMPELLED TO ARBITRATE UNDER THE
FEDERAL ARBITRATION ACT AND THE CALIFORNIA ARBITRATION ACT, TO THE
EXTENT THE CALIFORNIA ARBITRATION ACT IS CONSISTENT WITH THE
FEDERAL ARBITRATION ACT.

WAIVER OF JURY TRIAL.  IN THE EVENT THE FOREGOING ARBITRATION
PROVISION IS HELD NOT TO APPLY OR IS HELD INVALID, VOID OR
UNENFORCEABLE IN ITS ENTIRETY FOR ANY REASON, OWNER AND
CONTRACTOR AGREE THAT ALL DISPUTES DESCRIBED IN SECTION 3.1 SHALL
BE TRIED BEFORE A JUDGE IN A COURT OF COMPETENT JURISDICTION
WITHOUT A JURY.  THE JUDGE IN SUCH COURT OF COMPETENT JURISDICTION
SHALL HAVE THE POWER TO GRANT ALL LEGAL AND EQUITABLE REMEDIES
AND AWARD COMPENSATORY DAMAGES.  CONTRACTOR AND OWNER EACH
HEREBY WAIVE AND COVENANT NOT TO ASSERT THEIR CONSTITUTIONAL
RIGHT TO TRIAL BY JURY OF ANY DISPUTES DESCRIBED IN SECTION 3.1.
CONTRACTOR AND OWNER HEREBY COVENANT AND AGREE THAT THEIR
MUTUAL WAIVER OF JURY TRIAL SHALL BE BINDING UPON THEIR RESPECTIVE
SUCCESSORS AND ASSIGNS AND UPON ALL PERSONS AND ENTITIES ASSERTING
RIGHTS OR CLAIMS  OR OTHERWISE ACTING ON BEHALF OF CONTRACTOR OR
OWNER OR THEIR SUCCESSORS AND ASSIGNS.

I/WE HAVE READ AND UNDERSTAND THE FOREGOING AND AGREE TO SUBMIT
DISPUTES DESCRIBED IN SECTION 3.1 TO BINDING ARBITRATION.

OWNER'S INITIALS: X ____ ; CONTRACTOR'S INITIALS: X ____

3.24   Final and Binding Award

.  The decision of the arbitrator or, if an appeal is heard, the decision of the appeal arbitrator,
shall be final and binding.  A petition to confirm, vacate, modify or correct an award may be
filed in any court of competent jurisdiction in the county in which the Project is located, but the
award may be vacated, modified or corrected only as permitted by the Federal Arbitration Act.

3.25   Survival; Successors and Assigns

.  The rights and obligations of the parties pursuant to this Addendum shall survive the
completion of the Project.  This Addendum and the rights, duties and obligations of Contractor
and Owner shall be binding upon and shall inure to the benefit of the successors and assigns of
Owner and, subject to any limitation on assignment contained in this Agreement, to the heirs,
executors, administrators, successors and assigns of Contractor.

**EXHIBIT "I"**
**ADR ADDENDUM cont.**

3.26    Severability

. In addition to and without limiting the effect of any general severability provisions of this Agreement, if the arbitrator or any court determines that any provision of this Addendum in unenforceable for any reason, that provision shall be severed, and proceedings agreed to in this Addendum shall be conducted under the remaining enforceable terms of this Addendum.

IN WITNESS WHEREOF, the parties have executed this Addendum as of the date of the Agreement.

Barratt American Incorporated, a          Whillock Contracting, Inc.
Delaware corporation

By:_____          By:_____

Its: _VP construction___          Its:__sc___

Exhibit "J"

**Construction Site Plan**
**(Showing Project Phasing)**



Legal Description:

Lots 3 through 14 inclusive in Block 87 and Lots 9 though 14 inclusive of Block 94 in the City of Escondido, County of San Diego, State of California, according to map thereof No. 336, filed in the office of the County Recorder of San Diego County, July 10, 1886.

Together with West 3rd Avenue adjoining said land which would revert to said land upon vacation by operation of law.

Also that portion of the alley lying within said Block 87 which would revert to said land upon vacation by operation of law.

Excepting there from the interest as conveyed to the City of Escondido by document recorded May 16, 1994 as file No. 229964 of official records.

_____ Contractor's Initials          Page 61 of 61          _____ Owner's Initials

Exhibit "B"

# PLEASE RETAIN
## FOR YOUR RECORDS

# PLEASE SIGN
## AND RETURN

**BARRATT** AMERICAN

## Change Order

September 24, 2007

| Attention: | Contract Administrator | Fax No: | ( ) |
|---|---|---|---|
| Phone: | (619) 579 0700 | Contract No.: | 715170 OP-907 |
| Vendor: | Whillock Contracting Inc | Owner: | Barratt American Incorporated / Urban Development Division |
| Vendor Address: | PO Box 2322 / La Mesa, CA 91943-2322 | Owner Address: | 5950 Priestly Drive / Carlsbad, CA 92008 |
| Project: | 1285010000 Citysquare | Phone: | (760) 431-0800 / Kathleen Matthews-x269 |

**Please Note: A copy of this sheet must be attached to all invoices being billed against this account. Items being billed should be indicated on this sheet in some manner.**

| Item | CC | Description | Quantity | UM | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 1 | 02-2100 | COR# 1037-13 | 1 | LS | 54881.0600 | $54,881.06 |
| | | | | | Total: | $54,881.06 |

It is understood and agreed that all of the terms and conditions of the Contract Agreement shall remain the same and in full effect.

| | |
|---|---|
| Original Contract: | $497,352.00 |
| Change Order #901: | $7,028.85 |
| Change Order #902: | $14,888.33 |
| Change Order #903: | $ 2,815.00 |
| Change Order #904: | $10,638.36 |
| Change Order #905: | $89,699.97 |
| Change Order #906: | $25,438.47 |
| Current Change Order # 907: | $54,881.06 |
| Revised Contract: | ~~$647,860.00~~  702,742.04 |

RECEIVED OCT 0 8 2007

Reason for change order: Hourly Work for the Month of June 2007

# Exhibit "C"

DOC # 2007-0669612

**RECORDING REQUESTED BY & MAIL TO:**

NAME Whillock Contracting, Inc.

 P O Box 2322

STREET
ADDRESS

CITY, STATE
& ZIP CODE La Mesa, CA 91943-2322

OCT 18, 2007    2:05 PM

OFFICIAL RECORDS
SAN DIEGO COUNTY RECORDER'S OFFICE
GREGORY J. SMITH, COUNTY RECORDER
FEES:        12.00

NOTICES:    1

**PAGES:**

*Space above this line for Recorder's use*

# STATE OF CALIFORNIA MECHANIC'S LIEN
### (Claim of Lien – Civil Code Section 3084)

The undersigned, Whillock Contracting, Inc.

(FULL NAME OF PERSON OR FIRM CLAIMING MECHANIC'S LIEN - CONTRACTORS USE NAME EXACTLY AS IT APPEARS ON CONTRACTOR'S LICENSE)

referred to in this Claim of Lien as the Claimant, claims a mechanic's lien for the labor, services, equipment and/or materials described below, furnished for a work of improvement upon that certain real property located in the City of Escondidio _____, County of San Diego _____, State of California and described as follows: City Square, Escondido APN 233-051-02, 233-051-03, 233-122-01, 233-122-02, 233-122-03, 233-122-04, 233-122-05, & 233-122-06.

(DESCRIPTION OF PROPERTY WHERE THE WORK AND/OR MATERIALS WERE FURNISHED.
ALTHOUGH THE STREET ADDRESS ALONE IS SUFFICIENT, IT IS RECOMMENDED TO GIVE BOTH THE STREET ADDRESS AND LEGAL DESCRIPTION)

After deducting all just credits and offsets, the sum of $ 232,674.74

(AMOUNT OF CLAIM DUE AND UNPAID)

together with interest thereon at the rate of  max.  percent per annum from 10/17/07 _____ is due

(DATE WHEN AMOUNT OF CLAIM BECAME DUE)

Claimant for the following labor, services, equipment and/or materials furnished by Claimant:
Site Improvement & Grading

(GENERAL DESCRIPTION OF THE WORK AND/OR MATERIALS FURNISHED)

The name of the person or company by whom Claimant was employed, or to whom Claimant furnished the labor, services, equipment and/or materials is Barratt American, Inc.

(USUALLY NAME OF PERSON OR FIRM WHO ORDERED FROM, OR CONTRACTED WITH, CLAIMANT FOR THE WORK AND/OR MATERIALS)

The name(s) and address(es) of the owner(s) or reputed owner(s) of the real property is/are:
Barratt American, Inc. 5950 Priestly Dr., Suite 101  Carlsbad, CA 92008

(THIS INFORMATION CAN BE OBTAINED FROM THE COUNTY ASSESSOR'S OFFICE WHERE THE REAL PROPERTY IS LOCATED)

Name of Claimant  Whillock Contracting, Inc.

By _____

## VERIFICATION

I, the undersigned, declare: I am the Secretary _____ of Whillock Contracting, Inc.

(TITLE)                                                    (NAME OF CLAIMANT)

the Claimant named in the foregoing claim of mechanic's lien; I am authorized to make this Verification for the Claimant; I have read the foregoing claim of mechanic's lien and know the contents thereof, and the same is true to my own knowledge.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

10/17/07 _____               _____

(DATE OF SIGNATURE)                    (SIGNATURE OF THE INDIVIDUAL WHO VERIFIES THAT THE CONTENTS OF THE CLAIM OF MECHANIC'S LIEN ARE TRUE)

www.TheContractorsGroup.com & Diane Dennis Enterprises © 2005  mcln-001.doc Rev. 08/05

BEFORE YOU USE THIS FORM, FILL IN ALL BLANKS AND MAKE WHATEVER CHANGES ARE APPROPRIATE AND NECESSARY TO YOUR PARTICULAR TRANSACTION. CONSULT A LAWYER TO VERIFY THE FORM'S FITNESS FOR YOUR PURPOSE. IF CHANGES ARE SUGGESTED WE'LL MAKE THEM FREE OF CHARGE. www.TheContractorsGroup.com MAKES NO REPRESENTATION OR WARRANTY, EXPRESS OR IMPLIED, WITH RESPECT TO THE MERCHANTABILITY OR FITNESS OF THIS FORM FOR ANY INTENDED USE OR PURPOSE.

Exhibit 2

## SETTLEMENT AGREEMENT, MUTUAL RELEASE AND ASSIGNMENT

This Settlement Agreement, Mutual Release and Assignment (hereinafter the "Agreement") is made and entered by and between Whillock Contracting, Inc..(hereinafter "Whillock") and Arch Insurance Company (hereinafter "Arch") collectively referred to herein as the "Parties."

### RECITALS

A..    On or about June 14, 2006, Arch, as the Surety, provided Material and Labor Bonds pursuant to California *Government Code,* section 66499.1, Bond Numbered SU 502 0760 (hereinafter the "Bond"), for a work of improvement described as City Square Tract 921, in the City of Escondido, Riverside County, CA (hereinafter the "Project"), which identified Barratt American, Inc. (hereinafter "Barratt") as the Principal.

B.    Barratt was the developer of the Project. Barratt and Whillock entered into a contract with Whillock for the grading and excavation and roadway improvements, (Contract No. 715170).

C.    Disputes arose between Whillock and Barratt in connection with compensation claimed by Whillock as due, owing and unpaid by Barratt for work performed by Whillock on the Project (hereinafter the "Dispute").

D.    On or about June 16, 2009, Whillock made claim on the Bond. Arch investigated said claim, and disputes the amounts claimed by Whillock (hereinafter the "Claim").

E.    On or about December 24, 2008, Barratt filed a Voluntary Petition for Chapter 11 Bankruptcy in the United States Bankruptcy Court, Southern District of California (San Diego), Bankruptcy Petition Number 08-13249-LA11 (hereinafter "Barratt Bankruptcy").

1

NOW, THEREFORE, in consideration of the foregoing and of the mutual promises and covenants hereinafter set forth, it is hereby agreed by and among the Parties hereto that, as of the date this Agreement shall have been executed by all of the Parties hereto, all claims, contentions, and allegations which are contained or alleged in the Dispute and the Claim are to be compromised and settled without any admission of liability or concession by any of the Parties that the contentions of any of the other Parties are correct, on the following terms:

## TERMS AND CONDITIONS

1.    **Payment**.  In full and final settlement of any and all claims related to the Dispute and the Action, Arch shall pay to Whillock the sum of _____, on or before May 12, 2010.  This payment is referred to herein as the "Settlement Sum."

2.    **Assignment**.  In consideration of Arch's payment of the Settlement Sum, Whillock hereby assigns, transfers and sets over to Arch, to the extent of the Settlement Sum and for the items of right of way roadway improvement work for which payment is being made, any and all claims, rights, actions and/or causes of action stemming from the Claim, and any claim or interest, and documents evidencing such claim or interest, including but not limited to any proofs of claim or notices of lien or intent to lien, filed by Whillock in the Barratt Bankruptcy ("Bankruptcy Claim").  Whillock agrees to execute and deliver any and all documents necessary in order to effectuate the terms of this Agreement and the assignment to Arch of its Claim and the Bankruptcy Claim.

2

3.     **Warranties.**  Whillock agrees that, as a further inducement to Arch for making payment of the Settlement Sum, all guarantees and warranties required under the terms of the Contract pertaining to the work, labor and materials furnished by Whillock shall remain in force and effect in accordance with the terms of the Contracts which, however, shall not be extended nor enlarged hereby.

4.     **Subcontractor Claims.**  Whillock further warrants, represents and hereby certifies that all just and lawful billings, accounts and/or amounts due from Whillock to its subcontractors and/or material suppliers for labor, material and equipment related to the Contract have been or will be fully paid in accordance with the terms and conditions of said contract(s) and/or agreements, and that there are no amounts for which Whillock would be responsible for paying its subcontractors or suppliers.  Whillock further agrees to defend, indemnify and hold Arch harmless from any claims and/or lawsuits that may arise from Whillock's subcontractors, suppliers and/or laborers under the Contract.

5.     **Mutual Release.**  Except for the obligations imposed by this Agreement, and as set forth in this Agreement, the Parties and their individuals, predecessors, successors, assigns, principals, directors, officers, agents, employees, and representatives, release and forever discharge the other Party and all of its individuals, predecessor, successors, assigns, principals, agents, employees, representatives, attorneys, bonding companies and insurers from any and all liability, demands, causes of action, or responsibility of any kind in connection with the Bond and the Project, any other bonds issued by Arch in connection with the Project, and for the Dispute and which relate to the allegations that were made or could have been made in connection with the Action.

3

907751.1

6.      **Waiver of California Civil Code §1542.**  The Parties acknowledge that they have been advised by their attorneys concerning, and are familiar with the provisions of California Civil Code §1542, which provides as follows:

> A GENERAL RELEASE DOES NOT EXTEND TO CLAIMS
>
> WHICH THE CREDITOR DOES NOT KNOW OR SUSPECT TO
>
> EXIST IN HIS OR HER FAVOR AT THE TIME OF EXECUTING
>
> THE RELEASE, WHICH IF KNOWN BY HIM OR HER MUST
>
> HAVE MATERIALLY AFFECTED HIS OR HER SETTLEMENT
>
> WITH THE DEBTOR.

The Parties expressly waive any and all rights which they may have under California Civil Code §1542, or any other state or federal statute or common law principle of similar effect specifically pertaining to the claims related to the Dispute and the Action.

7.      **Reliance.**  In making this Agreement, it is understood and agreed that the Parties rely wholly on their judgment, belief and knowledge of the nature, extent, and duration of alleged damages and injuries, and that the Parties have not been influenced to any extent in making this Agreement by any representation or statements regarding alleged damages or injuries or regarding any other matter made by the persons, firms, entities or corporations which are hereby released or by any person or persons representing them or any of them.  The Parties have had the availability of advice of legal counsel in the making of this Agreement.

8.      **Parties to Bear Their Own Costs.**  The Parties agree to bear their own respective costs and attorneys' fees related to the Dispute and the Action.

9.      **Enforcement Costs.**  The Parties agree that, in the event of a breach of this Agreement, the aggrieved party shall be entitled to recover from the breaching party, in

4

907751.1

addition to any other relief provided by law, such costs and expenses as may be incurred by the aggrieved party, including court costs, attorneys' fees, and other costs, fees, and expenses reasonably necessary in preparing the defense of, defending against, or seeking or obtaining an abatement of, or injunction against, such action or such proceeding, or enforcing this Agreement, or establishing and maintaining the applicability of, or the validity of this Agreement, or any provision thereof, and in prosecuting any counter-claim or cross-complaint based thereon.

10.    **Severability.**  If any provision of this Agreement is determined by a court of competent jurisdiction to be illegal or unenforceable, said provision shall be deemed to be severed and deleted and such provision, its severance or deletion shall not affect the validity of the remaining provisions of this Agreement.

11.    **No Admission of Liability.**  The Parties understand and agree that this Agreement is not to be construed as an admission of liability whatsoever on the part of any of them, and that the release is made solely for the purpose of avoiding the burden which would be imposed upon them by any litigation.

12.    **Legal Capacity.**  Each individual signing this Agreement warrants and represents that he or she has full authority to execute this Agreement on behalf of the party on whose behalf he or she so signs.

13.    **Execution/Counterparts.**  This Agreement may be executed in multiple counterpart copies, which, when taken together, shall constitute one original Agreement. It is further agreed that facsimile signatures hereon shall be effective as original signatures.

14.    **Successors and Assigns.**  The agreements, undertakings, acts and other things done or to be done by the Parties in this Agreement shall run to, inure to the benefit of, and be binding upon the Parties and their heirs, successors, executors, administrators and assigns.

5

907751.1

15. **Warranty of No Transfer**. The Parties hereby represent and warrant that they have not heretofore assigned and transferred, or purported to have assigned or transferred to any person, firm or corporation whatsoever, any of the claims released under this Agreement.

16. **No Third Party Beneficiary**. This Agreement and the performance of the Parties' obligations hereunder are for the sole and exclusive benefit of the Parties. No person or entity, who is not a signatory to this Agreement, shall be deemed to be benefited or intended to be benefited by any provisions hereof, and no such person or entity shall acquire any rights or causes of action against the Parties hereunder as a result of their performance or nonperformance of their respective obligations under this Agreement.

17. **Jurisdiction**. This Agreement is intended to be construed pursuant to the laws of the State of California.

18. **Entire Agreement**. This Agreement constitutes the entire agreement between the Parties and it is expressly understood and agreed that this Agreement may not be altered, amended, modified, or otherwise changed in any respect or particular whatsoever, except by a writing duly executed by authorized representatives of the agreeing Parties hereto. The Parties hereby agree and acknowledge that they will make no claim at any time or place that this Agreement has been orally altered or modified or otherwise changed by oral communication of any kind or character.

**IN WITNESS WHEREOF**, the undersigned have executed this Agreement as of the date referenced.

DATED: _5-7-10_ , 2010          WHILLOCK CONTRACTING, INC.

By _[signature]_

Name: MARK B WHILLOCK

Title: Pres.

6

907751.1

DATED: _May 11_ , 2010        ARCH INSURANCE COMPANY


By _____

SUSAN NEFF
Senior Surety Counsel

7

**PROOF OF SERVICE**

STATE OF CALIFORNIA          )
                             )
COUNTY OF LOS ANGELES        )

    I am employed in the County of Los Angeles, State of California; I am over the age of 18 years and not a party to the within action; my business address 555 S. Flower Street, Suite 2900, Los Angeles, California 90071.

    On October 1, 2010, I served the within **NOTICE OF ASSIGNMENT OF WHILLOCK CONTRACTING, INC.'S CLAIM OF LIEN TO ARCH INSURANCE COMPANY** on the interested parties in this action by placing [ ] the original [x] a true copy thereof, enclosed in a sealed envelope addressed as follows:

SEE ATTACHED SERVICE LIST

    ✓ **(BY MAIL [State])** I am readily familiar with WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER's practice for the collection and processing of correspondence for mailing with the United States Postal Service; such envelope will be deposited with the United States Postal Service on the date shown below in the ordinary course of business at the business address shown above; and such envelope was placed for collection and mailing with postage thereon fully prepaid on the date shown below according to WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER's ordinary business practices.

    ___ **(BY PERSONAL SERVICE)** I hand-delivered the documents described hereinabove to

    ___ **(BY MESSENGER SERVICE)** I caused the documents described hereinabove to be hand-delivered to the offices of the following addressee(s)

    ___ **(BY TELECOPIER)** I caused the above document(s) to be telecopied to the addressee(s) at the telecopier number(s) as shown on the attached service list.

    ___ **(BY FEDERAL EXPRESS)** The above described pleading was sent by Federal Express on the date above indicated to those persons listed on the attached service list.

    I declare under penalty of perjury under the laws of the State of California that the above is true and correct, and I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

    Executed on October 1, 2010 at Los Angeles, California.

*Raquel Burgess*
Raquel Burgess

976424.1

**In Re Barratt American, Inc.**
USBC Southern District Case No. 08-13249-LA11

SERVICE LIST

| | |
|---|---|
| Glen J. Biondi, Esq.<br>Southwick, Dayton & Biondi<br>27349 Jefferson Avenue, Suite 213<br>Temecula, CA  92590<br>Tel:  (951) 695-2750<br>Fax:  (951) 695-5105<br>Email:  biondigl@sdlawoffice.com | Attorneys for Noelle M. Ward, Creditor |
| William A. Bramley, III, Esq.<br>Law Offices of William A. Bramley, APC<br>110 Juniper Street<br>San Diego, CA  92101<br>Tel:  (619) 232-1400<br>Fax:  (619) 232-2541<br>Email:  william.bramley@bramleylaw.com | Attorneys for Seahaus La Jolla Owners, Creditor |
| Craig P. Bronstein, Esq.<br>Lanak & Hanna, P.C.<br>400 North Tustin Avenue, Suite 120<br>Santa Ana, CA  92705-3815<br>Tel:  (714) 550-0418 | Attorneys for Lasco Bathware, Inc., Creditor |
| Gerald N. Sims, Esq.<br>Peter L. Duncan, Esq.<br>Kathleen A. Cashman-Kramer, Esq.<br>Susan C. Stevenson, Esq.<br>Pyle Sims Duncan & Stevenson, APC<br>401 "B" Street, Suite 1500<br>San Diego, CA  92101<br>Tel:  (619) 687-5200<br>Email:  peterd@psdslaw.com<br>Email:  kcashman@psdslaw.com | Attorneys for Richard M. Kipperman, Trustee |
| Christopher Celentino, Esq.<br>Duane Morris LLP<br>101 W. Broadway, Suite 900<br>San Diego, CA  92101<br>Tel:  (619) 744-2246<br>Fax:  (619) 744-2201<br>Email:  ccelentino@duanemorris.com | Attorneys for Marker La Costa LLC |
| Cynthia M. Cohen, Esq.<br>Paul, Hastings, Janosky & Walker LLP<br>515 South Flower Street, 25th Floor<br>Los Angeles, CA  90071<br>Tel:  (213) 683-6000<br>Fax:  (213) 627-0705<br>Email:  CynthiaCohen@paulhastings.com | Attorneys for Chino Hills Land West LLC |

976424.1

| | |
|---|---|
| Steven J. Cologne, Esq.<br>401 West A St., Ste. 2600<br>San Diego, CA  92101-7913<br>Tel:  (619) 236-1551 | Attorneys for Four Corners Concrete |
| Shirlyn Daddario, Esq.<br>Geocon Incorporated<br>6960 Flanders Drive<br>San Diego, CA  92121<br>Tel:  (858) 558-6900<br>Email:  daddario@geoconinc.com | Attorneys for Geocon Incorporated |
| Michael S. Eisenbaum, Esq.<br>15760 Ventura Boulevard, 16th Fl.<br>Encino, CA  91436<br>Tel:  (818) 907-4000 | Attorney for Tile Trends, Inc. |
| Mary Testerman Duvoisin, Esq.<br>Office of the US Trustee<br>402 West Boardway, Suite 600<br>San Diego, CA  92101<br>Tel:  (619) 557-5013<br>Email:  mary.m.testerman@usdoj.gov | Attorney for United States Trustee |
| Martin A. Eliopulos, Esq.<br>Higgs, Fletcher & Mack LLP<br>401 West A Street, Suite 2600<br>San Diego, CA  92101<br>Tel:  (619) 236-1551<br>Fax:  (619) 696-1410<br>Email:  elio@higgslaw.com | Attorney for Michael Gibson D&S Construction Company |
| Jon H. Epsten, Esq.<br>555 West Beech St., Suite 500<br>San Diego, CA  92101-2938<br>Tel:  (619) 239-1704 | Attorney for Seahaus La Jolla Owners |
| P. Randolph Finch, Jr., Esq.<br>Marks, Golia & Finch, LLP<br>8620 Spectrum Center Blvd., Ste. 900<br>San Diego, CA  92123-1454<br>Tel:  (858) 737-3100<br>Fax:  (858) 737-3101 | Attorneys for H.N.R. Framing Systems, Inc. dba SelectBuild |
| Thomas Finrow, Esq.<br>9131 Flectcher Parkway, Suite 125<br>La Mesa, CA  91942<br>Tel:  (619) 469-4181<br>Fax:  (619) 4569-8733 | Attorneys for Whillock Contracting, Inc. |

976424.1

| | |
|---|---|
| Helen Ryan Frazer, Esq.<br>Atkinson, Andelson, Loya<br>    Ruud & Romo<br>17871 Park Plaza Drive<br>Cerritos, CA  90703<br>Tel: (562) 653-3200<br>Email:  hfrazer@aalrr.com | Attorneys for T.L. Fabrications, L.P. |
| Michael A. Friedrichs, Esq.<br>White & Bright<br>970 Canaterbury Place<br>Escondido, CA  92025 | Attorneys for Mission Pools of Escondido Corp. |
| Gordon L. Gerson, Esq.<br>Gerson Law Firm APC<br>9255 Towne Centre Drive<br>Suite 300<br>San Diego, CA  92121<br>Tel: (858) 452-5400 | Attorneys for ELN, LLC |
| David M. Goodrich, Esq.<br>Goodrich Law Corporation<br>26459 Rancho Parkway South<br>Lake Forest, CA  92630<br>Tel: (949) 709-2662<br>Fax: (949) 340-9746<br>Email:  dgoodrich@goodlawcorp.com | Attorneys for Linda M. Swanegan; Michael W. Swanegan; Michael A. Swanegan |
| Jared Phil Hanson, Esq.<br>600 West Broadway, Suite 225<br>San Diego, CA  92101<br>Tel: (619) 696-6211<br>Fax: (619) 696-7516 | Attorneys for Preserve Wild Santee; Center for Biological Diversity; and BHL |
| Haeji Hong, Esq.<br>Office of the United States Trustee<br>402 W. Broadway, Suite 600<br>San Diego, CA  92101<br>Tel: (619) 557-5013 | Attorney for Tiffany L. Carroll |
| Allan H. Ickowitz, Esq.<br>John W. Kim, Esq.<br>Nossaman LLP<br>445 South Figueroa Street, 31st Fl.<br>Los Angeles, CA  90071-1602<br>Tel: (213) 612-7849<br>Email:  jkim@nossaman.com | Attorneys for Guaranty Bank, A Federal Saving Bank |
| Michael A. Isaacs, Esq.<br>Luce, Forward, Hamilton & Scripps, LLP<br>121 Spear Street, Suite 200<br>San Francisco, CA  94105<br>Tel:  (415) 356-4600<br>Fax:  (415) 356-3895<br>Email:  misaacs@luce.com | Attorneys for Luce, Forward, Hamilton & Scripps, LLP |

976424.1

| | |
|---|---|
| Margaret M. Mann, Esq.<br>Sheppard Mullin Richter<br>  & Hampton LLP<br>501 West Broadway, 19th Fl.<br>San Diego, CA  92101<br>Tel:  (619) 338-6613<br>Fax:  (619) 515-4105 | Attorneys for Taylor Trim & Supply, Inc. |
| Alan H. Martin, Esq.<br>Sheppard, Mullin, Richter<br>  & Hampton<br>650 Town Center Drive, 4th Floor<br>Costa Mesa, CA  92626-1925<br>Tel:  (714) 513-5100<br>Email:  amartin@sheppardmullin.com | Attorneys for Bank of America, NA |
| Samuel A. Newman, Esq.<br>Gibson, Dunn & Crutcher LLP<br>333 South Grand Avenue<br>Los Angeles, CA  90071<br>Tel:  (213) 229-7000<br>Email:  SNewman@gibsondunn.com | Attorneys for Westbrook Fanita Ranch LP |
| David A. Ortiz, Esq.<br>Office of the U.S. Trustee<br>402 West Broadway, Ste. 600<br>San Diego, CA 92101<br>Tel:  (619) 557-5013<br>Email:  david.a.ortiz@usdoj.gov | Attorneys for United States Trustee |
| Fletcher W. Paddison, Esq.<br>Troutman Sanders LLP<br>550 West B Street, Suite 400<br>San Diego, CA  92101<br>Tel:  (619) 235-4040<br>Fletcher.Paddison@troutmansanders.com | Attorneys for Priestly Drive, LLC |
| Martha E. Romero, Esq.<br>Romero Law Firm<br>6516 Bright Avenue<br>Whittier, CA  90601<br>Tel:  (562) 907-6800<br>Fax:  (562) 907-6820 | Attorneys for San Bernardino, CA A Calif. Taxing Authority |
| Robert B. Rosenstein, Esq.<br>Robert Bryce Rosenstein, APLC<br>28600 Mercedes St., Suite 100<br>Temecula, CA  92590<br>Tel:  (909) 296-3888<br>Fax:  (909) 296-3889<br>Email:  robert@rosenhitz.com | Attorneys for Sedig Masonry, Inc. |

976424.1

| | |
|---|---|
| Edward Rubacha, Esq.<br>Jennings, Haug & Cunningham, LLP<br>2800 North Central Avenue, Suite 1800<br>Phoenix, AZ  85004-1049<br>Tel: (602) 234-7846<br>Email: er@jhc-law.com | Attorneys for Travelers Casualty and Surety Company of America |
| Kenneth N. Russak, Esq.<br>Frandzel Robins Bloom & Csato, L.C.<br>6500 Wilshire Blvd., 17th Floor<br>Los Angeles, CA  90046-4920<br>Tel: (323) 852-1000<br>Fax: (323) 651-2577<br>Email: krussak@frandzel.com | Attorneys for Bank of America, N.A., a national banking association |
| William D. Schuster, Esq.<br>Allie & Schuster, P.C.<br>2122 N. Broadway<br>Santa Ana, CA  92706<br>Tel: (714) 558-8899<br>Fax: (714) 558-8889<br>Email: bills@allieschuster.org | Attorneys for Campbell Painting, Inc. |
| Gary E. Slater, Esq.<br>Timothy J. Truxaw, Esq.<br>Slater & Truxaw, LLP<br>15373 Innovation Drive, Ste. 210<br>San Diego, CA  92128<br>Tel: (858) 675-0755<br>Fax: (858) 675-0733<br>Email: ges@slatertruxaw.com<br>Email: tjt@slatertruxaw.com | Attorneys for Official Committee of Unsecured Creditors |
| James A. Timko, Esq.<br>Allen Matkins Leck Gamble Mallory<br>1900 Main St., 5th Flr.<br>Irvine, CA  92614<br>Tel: (949) 553-1313<br>Email: jtimko@allenmatkins.com | Attorneys for Lennar Communities |
| Jeffrey T. Vanderveen, Esq.<br>Law Offices of Jeffrey T. Vanderveen<br>380 South Melrose Drive, Suite 202<br>Vista, CA  92081<br>Tel: (760) 643-4044<br>Tel: (760) 643-4094<br>Email: jvanveen@melroselawcenter.com | Attorneys for Kim Geske |
| Darlene C. Vigil, Esq.<br>Barrett Daffin Frappier<br>    Treder & Weiss<br>20955 Pathfinder Road, Ste. 300<br>Diamond Bar, CA  91765<br>Tel: (626) 915-5714<br>Fax: (972) 661-7726<br>Email: sdcaecf@BDFGroup.com | Attorneys for Chase Home Finance, LLC its assigns and/or successors in interest |

976424.1

| | |
|---|---|
| 1<br>2<br>3<br>4 | Marc L. Watson, Esq.<br>Winthrop Couchot Professional Corp.<br>660 Newport Center Drive, 4th Flr.<br>Newport Beach, CA   92660<br>Tel:  (949) 720-4100<br>Fax:  (949) 720-4111<br>Email:  pj@winthropcouchot.com | Attorneys for Barratt American Incorported, a Delaware corporation |
| 5<br>6<br>7 | Debora M. Zumwalt, Esq.<br>Epstein Grinnell & Howell, APC<br>9980 Carrol Canyon Road, Ste. 200<br>San Diego, CA  92131<br>Tel:  (858) 527-0111 | Attorneys for Aragon Homeowners Association |

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

976424.1